**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF ARIZONA

Case number *(if known)* ______ Chapter **11**

☐ Check if this an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

**4/16**

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| **1.** | **Debtor's name** | **Even Stevens Utah, LLC** |
| **2.** | **All other names debtor used in the last 8 years**<br>Include any assumed names, trade names and *doing business as* names | |
| **3.** | **Debtor's federal Employer Identification Number** (EIN) | **81-4334778** |
| **4.** | **Debtor's address** | **Principal place of business**<br>**1225 E. Fort Union Blvd. Suite 200**<br>**Midvale, UT 84047**<br>Number, Street, City, State & ZIP Code<br>**Salt Lake**<br>County<br><br>**Mailing address, if different from principal place of business**<br>**2030 S. 900 E., Suite A**<br>**Salt Lake City, UT 84105**<br>P.O. Box, Number, Street, City, State & ZIP Code<br>**Location of principal assets, if different from principal place of business**<br>Number, Street, City, State & ZIP Code |
| **5.** | **Debtor's website** (URL) | |
| **6.** | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other. Specify: |

**7. Describe debtor's business**

A. *Check one:*

- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ■ None of the above

B. *Check all that apply*

- ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

**7225**

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11. *Check all that apply*:
  - ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☐ A plan is being filed with this petition.
  - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

- ■ No.
- ☐ Yes.

District ______ When ______ Case number ______

District ______ When ______ Case number ______

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

- ■ No
- ☐ Yes.

Debtor ______ Relationship ______

District ______ When ______ Case number, if known ______

**11. Why is the case filed in *this district?***

*Check all that apply:*

☐ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

■ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard?

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other

**Where is the property?**

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency

Contact name

Phone

## Statistical and administrative information

**13. Debtor's estimation of available funds**

. *Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

☐ 1-49
■ 50-99
☐ 100-199
☐ 200-999
☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000
☐ 25,001-50,000
☐ 50,001-100,000
☐ More than100,000

**15. Estimated Assets**

■ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million
☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million
☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million
■ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million
☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **March 21, 2019**
MM / DD / YYYY

X **/s/ Brooks Pickering**
Signature of authorized representative of debtor

**Brooks Pickering**
Printed name

Email Address of debtor

Title **Manager**

**18. Signature of attorney**

X **/s/ Pernell W. McGuire**
Signature of attorney for debtor

Date **March 21, 2019**
MM / DD / YYYY

**Pernell W. McGuire 015909**
Printed name

**Davis Miles McGuire Gardner, PLLC**
Firm name

**40 E. Rio Salado Parkway, Suite 425**
**Tempe, AZ 85281**
Number, Street, City, State & ZIP Code

Contact phone **(480) 733-6800** Email address **azbankruptcy@davismiles.com**

**015909 AZ**
Bar number and State

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Even Stevens Utah, LLC** |
| United States Bankruptcy Court for the: | **DISTRICT OF ARIZONA** |
| Case number (if known): | |

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Cintas Corporation<br>800 Cintas Boulevard, PO Box 625737<br>Cincinnati, OH 45262-5737** | | **Goods and services** | | | | **$13,420.41** |
| **Copperfield Media<br>248 South Main Street<br>Salt Lake City, UT 84101** | | | | | | **$5,000.00** |
| **Cravings Gourmet Bakery & Cafe<br>2300 Santa Clara Drive<br>Santa Clara, UT 84765** | | | | | | **$23,365.80** |
| **Design Blue<br>947 SW Broadway<br>Portland, OR 97205** | | **Goods and services** | | | | **$5,359.15** |
| **DocuMart<br>1615 W 2200 S , STE C<br>Salt Lake City, UT 84119** | | | | | | **$20,074.60** |
| **Dominion Energy<br>PO Box 45360<br>Salt Lake City, UT 84145** | | **Utility Services** | | | | **$5,616.85** |
| **DRMH, LLC<br>PO Box 65727<br>Salt Lake City, UT 84165** | | **unpaid rent** | | | | **$12,075.00** |



Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor **Even Stevens Utah, LLC**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Even Stevens Boise, LLC<br>2030 S. 900 E. Suite A<br>Salt Lake City, UT 84105** | | **Intercompany Loan** | | | | **$21,644.91** |
| **Even Stevens Sandwiches, LLC<br>2030 S. 900 E, Suite A<br>Salt Lake City, UT 84105** | | **Intercompany loan** | | | | **$4,688,180.46** |
| **Even Stevens Texas LLC<br>2030 S. 900 E, Suite A<br>Salt Lake City, UT 84105** | | **Intercompany Loan** | | | | **$16,582.97** |
| **Internal Revenue Service<br>Bankruptcy and Collection Enforcement<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346** | | | | | | **$10,288.91** |
| **La Barba Coffee<br>3340 S 300 W<br>Salt Lake City, UT 84115** | | | | | | **$11,642.05** |
| **Mason Lands, LLC<br>1831 Connor St.<br>Salt Lake City, UT 84108** | | | | | | **$4,143.95** |
| **Renegade Oil<br>1141 S 3200 W<br>Salt Lake City, UT 84104** | | | | | | **$9,115.00** |
| **Skyline JSY, LLC<br>1906 North Skyline Dr<br>Orem, UT 84097** | | **Rent** | | | | **$7,799.67** |
| **Standard Restaurant Supply<br>879 S 4400 W<br>Salt Lake City, UT 84104** | | | | | | **$103,403.91** |
| **Strategic Technology<br>1103 S. Orem Blvd.<br>Orem, UT 84058** | | | | | | **$44,024.53** |




Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Swire PO Box 413121 Salt Lake City, UT 84141** | | | | | | **$52,612.32** |
| **Sysco Intermountain Inc. 9494 South Prosperity Rd. West Jordan, UT 84081** | | | | | | **$380,498.82** |
| **Washington County Treasurer 197 E Tabernacle Saint George, UT 84770** | | | | | | **$12,677.90** |



Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

A-LIST WINDOW CLEANING
1512 N 540 W #101
LOGAN UT 84341

ALLY
P.O. BOX 78234
PHOENIX AZ 85062

ALPHA MECHANICAL HEATING & COOLING
560 NORTH MAIN ST
LOGAN UT 84321

AMTRUST NORTH AMERICA
P.O. BOX 6939
CLEVELAND OH 44101

AT&T

BLUE RIBBON TECHNOLOGIES, LLC
6030 GREENWOOD PLAZA BLVD., SUITE 110
ENGLEWOOD CO 80111

BREAD BASKET
2820 E. UNIVERSITY DR., SUITE 110
MESA AZ 85213

BRISKEY PLUMBING SPECIALISTS
2730 N. PARKLAND BLVD. #1
OGDEN UT 84404

CACHE VALLEY CENTER FOR THE ARTS
43 S MAIN
LOGAN UT 84321

CACHE VALLEY FIRE PROTECTION
P.O. BOX 6692
LOGAN UT 84341

CACTUS & TROPICALS, LLC
2735 S 2000 E
SALT LAKE CITY UT 84109

Even Stevens Utah, LLC -

CAFFE IBIS, INC.
PO BOX 3548
LOGAN UT 84323

CARLSON DISTRIBUTING
1864 S 3730 W
SALT LAKE CITY UT 84104

CHEFWORKS
12325 KERRAN ST.
POWAY CA 92064

CHRYSLER CAPITAL
BANKRPUTCY DEPARTMENT
5201 RUFE SNOW DRIVE, SUITE 400
NORTH RICHLAND HILLS TX 76180

CINTAS CORPORATION
800 CINTAS BOULEVARD, PO BOX 625737
CINCINNATI OH 45262-5737

CITY OF LOGAN
180 N. MAIN
LOGAN UT 84321

CITY OF OGDEN
2549 WASHINGTON BLVD.
OGDEN UT 84401

CITY OF ST. GEORGE
175 E 200 N
SAINT GEORGE UT 84770

COCA COLA NORTH AMERICA
PO BOX 102703
ATLANTA GA 30368

COCA COLA OF SOUTHERN UTAH
954 N AVIATION WAY
PO BOX 2350
CEDAR CITY UT 84721

CODY ROBINSON
384 SUMMIT DR
PARK CITY UT 84098

COMCAST
ONE COMCAST CENTER
ATTN: LEGAL DEPARTMENT
PHILADELPHIA PA 19103

COPPERFIELD MEDIA
248 SOUTH MAIN STREET
SALT LAKE CITY UT 84101

CRAVINGS GOURMET BAKERY & CAFE
2300 SANTA CLARA DRIVE
SANTA CLARA UT 84765

DAILY RISE ROASTING CO.
1989 W. ANTELOPE DR.
LAYTON UT 84041

DESIGN BLUE
947 SW BROADWAY
PORTLAND OR 97205

DOCUMART
1615 W 2200 S , STE C
SALT LAKE CITY UT 84119

DOMINION ENERGY
PO BOX 45360
SALT LAKE CITY UT 84145

DRAPER AREA CHAMBER OF COMMERCE
1160 E. PIONEER RD
PO BOX 1002
DRAPER UT 84020

DRMH, LLC
PO BOX 65727
SALT LAKE CITY UT 84165

ECOLAB, INC.
24198 NETWORK PLACE
CHICAGO IL 60673-1241

EVEN STEVENS BOISE, LLC
2030 S. 900 E. SUITE A
SALT LAKE CITY UT 84105

EVEN STEVENS SANDWICHES, LLC
2030 S. 900 E, SUITE A
SALT LAKE CITY UT 84105

EVEN STEVENS TEXAS LLC
2030 S. 900 E, SUITE A
SALT LAKE CITY UT 84105

FISH WINDOW CLEANING
1124 W. SOUTH JORDAN PKWY, SUITE A
SOUTH JORDAN UT 84095

FOURTH EAST PROPERTIES, LLC
1831 CONNOR ST.
SALT LAKE CITY UT 84108

GENERAL DISTRIBUTING
P.O. BOX 221210
SALT LAKE CITY UT 84122

HOBBLE CREEK COFFEE LLC
388 N MAIN #10
SPRINGVILLE UT 84663

HOOD GUY
914 N 300 W
AMERICAN FORK UT 84003

HUSTLE ENTERPRISES, INC.
PO BOX 27052
SALT LAKE CITY UT 84127

INTERNAL REVENUE SERVICE
BANKRUPTCY AND COLLECTION ENFORCEMENT
P.O. BOX 7346
PHILADELPHIA PA 19101-7346

INTERWEST HVAC & REFRIDGERATION
P.O. BOX 2217
SAINT GEORGE UT 84771

JOE RIDEL
1580 FENTON ST
DENVER CO 80214

JORDAN VALLEY WATER
2815 1300 W.
WEST JORDAN UT 84088

KIMLEY-HORN AND ASSOCIATES INC.
P.O. BOX 79384
CITY OF INDUSTRY CA 91716

LA BARBA COFFEE
3340 S 300 W
SALT LAKE CITY UT 84115

LA MONICA'S RESTAURANT EQUIPMENT
6211 S 380 W
SALT LAKE CITY UT 84107

LOCAL CO2
3647 S. 1700 E.
SAINT GEORGE UT 84790

MASON LANDS, LLC
1831 CONNOR ST.
SALT LAKE CITY UT 84108

MATRIX MECHANICAL
220 WEST 2950 SOUTH
SALT LAKE CITY UT 84115

MOMENTUM RECYCLING
658 S. 4050 W.
SALT LAKE CITY UT 84104

NUCO2, LLC
P.O. BOX 417902
BOSTON MA 02241

RENEGADE OIL
1141 S 3200 W
SALT LAKE CITY UT 84104

REPUBLIC SERVICES
770 E. SAHARA AVE
LAS VEGAS NV 89104-2943

ROCKY MOUNTAIN POWER
1407 W. NORTH TEMPLE
SALT LAKE CITY UT 84116

SKYLINE JSY, LLC
1906 NORTH SKYLINE DR
OREM UT 84097

SKYMAIL INTERNATIONAL INC.
1476 S 3600 W
SALT LAKE CITY UT 84104

SOUTH VALLEY SEWER
1253 W. JORDAN BASIN LANE
BLUFFDALE UT 84065

SPECIALTY LINENS & CHAIR COVERS
6151 SOUTH STRATLER STREET
OGDEN UT 84401

SPECTRUM ENGINEERS
1501 FOUNTAIN HEAD PKWY
SUITE 300
TEMPE AZ 85282

STANDARD RESTAURANT SUPPLY
879 S 4400 W
SALT LAKE CITY UT 84104

STONE GROUND BAKERY, INC.
P.O. BOX 581078
SALT LAKE CITY UT 84158

STRATEGIC TECHNOLOGY
1103 S. OREM BLVD.
OREM UT 84058

SUNSHINE BIZ SERVICES
5379 LYONS RD 452
POMPANO BEACH FL 33073

SWIRE
PO BOX 413121
SALT LAKE CITY UT 84141

SYSCO INTERMOUNTAIN INC.
9494 SOUTH PROSPERITY RD.
WEST JORDAN UT 84081

THERMO WORKS
741 E. UTAH VALLEY DR
AMERICAN FORK UT 84003

TRAVELERS INSURANCE
DEPT 96596
PO BOX 660333
DALLAS TX 75266-0333

TRIARC ARCHITECTURE & DESIGN
1934 E CAMELBACK RD, SUITE 200
PHOENIX AZ 85016

UCHD
151 S UNIVERSITY AVE, SUITE 2600
PROVO UT 84601

USBC VENTURE, LLC
222 SW COLUMBIA ST, STE 700
PORTLAND OR 97201

UTAH COUNTY TREASURER
100 E. CENTER STREET, SUITE 1200
PROVO UT 84606

UTAH DEPT. OF ALCOHOLIC BEV. CONTROL
1625 SOUTH 900 WEST
SALT LAKE CITY UT 84104

UTAH TAX COMMISSION
210 N. 1950 WEST
ATTN: BANKRUPTCY UNIT
SALT LAKE CITY UT 84134

UTAH VALLEY CHAMBER OF COMMERCE
111 SO. UNIVERSITY AVENUE
PROVO UT 84601

WASATCH DISTRIBUTING
P.O. BOX 1492
OGDEN UT 84402

Even Stevens Utah, LLC -

WASHINGTON COUNTY ASSESSOR'S OFFICE
87 N 200 E, SUITE 201
SAINT GEORGE UT 84770

WASHINGTON COUNTY TREASURER
197 E TABERNACLE
SAINT GEORGE UT 84770

WEBER COUNTY ASSESSOR
2380 WASHINGTON BLVD., SUITE 380
OGDEN UT 84401

ZION CANYON BREWING CO.
2400 ZION PARK BLVD.
PO BOX 420
SPRINGDALE UT 84767

**United States Bankruptcy Court**
**District of Arizona**

In re **Even Stevens Utah, LLC** Debtor(s)

Case No.
Chapter **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **Even Stevens Utah, LLC** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**Even Stevens Sandwiches, LLC**
**2030 S. 900 E, Suite A**
**Salt Lake City, UT 84105**

☐ None [*Check if applicable*]

**March 21, 2019**
Date

**/s/ Pernell W. McGuire**
**Pernell W. McGuire 015909**
Signature of Attorney or Litigant
Counsel for **Even Stevens Utah, LLC**
**Davis Miles McGuire Gardner, PLLC**
**40 E. Rio Salado Parkway, Suite 425**
**Tempe, AZ 85281**
**(480) 733-6800 Fax:(480) 733-3748**
**azbankruptcy@davismiles.com**

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com Best Case Bankruptcy