**Fill in this information to identify the case:**

Debtor name    **Even Stevens Utah, LLC**

United States Bankruptcy Court for the:   DISTRICT OF ARIZONA

Case number (if known)   **2:19-bk-03237**

☐ Check if this is an amended filing

## Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, and any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.** Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■   *Schedule H: Codebtors* (Official Form 206H)
- ■   *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐   Amended *Schedule*
- ■   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐   Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **April 11, 2019**     X **/s/ Brooks Pickering**
                               Signature of individual signing on behalf of debtor

                               **Brooks Pickering**
                               Printed name

                               **Manager**
                               Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name    **Even Stevens Utah, LLC**

United States Bankruptcy Court for the:    DISTRICT OF ARIZONA

Case number (if known)    **2:19-bk-03237**

☐ Check if this is an
amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals    12/15

| Part 1: | Summary of Assets |
| --- | --- |

1.    *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

    **1a. Real property:**
    Copy line 88 from *Schedule A/B*.......................................................................................    $          0.00

    **1b. Total personal property:**
    Copy line 91A from *Schedule A/B*..................................................................................    $     2,698,025.16

    **1c. Total of all property:**
    Copy line 92 from *Schedule A/B*....................................................................................    $     2,698,025.16

| Part 2: | Summary of Liabilities |
| --- | --- |

2.    *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................    $     106,714.78

3.    *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*...........................................    $     496,991.26

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*................................    +$     5,363,479.39

4.    Total liabilities .................................................................................................................
    Lines 2 + 3a + 3b    $     5,967,185.43

Debtor name    **Even Stevens Utah, LLC**

United States Bankruptcy Court for the:    DISTRICT OF ARIZONA

Case number (if known)    **2:19-bk-03237**

☐ Check if this is an amended filing

# Official Form 206A/B

# Schedule A/B: Assets - Real and Personal Property    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
| --- | --- |

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
| --- | --- |
| 2.    **Cash on hand** | **$6,728.91** |

3.    **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| --- | --- | --- | --- | --- |
| 3.1. | **Wells Fargo Bank** | **Checking** | **1054** | **$156.49** |
| 3.2. | **Wells Fargo Bank** | **Checking** | **8909** | **$58,758.54** |
| 3.3. | **Wells Fargo Bank** | **Checking** | **1104** | **$223.86** |
| 3.4. | **Wells Fargo Bank** | **Checking** | **1120** | **$100.00** |
| 3.5. | **Wells Fargo Bank** | **Checking** | **1070** | **$100.00** |
| 3.6. | **Wells Fargo Bank** | **Checking** | **1112** | **$100.00** |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

| 3.7. | **Wells Fargo Bank** | **Checking** | **1047** | **$100.00** |
|------|----------------------|--------------|----------|-------------|

| 3.8. | **Wells Fargo Bank** | **Checking** | **1088** | **$100.00** |
|------|----------------------|--------------|----------|-------------|

| 3.9. | **Wells Fargo Bank** | **Checking** | **1062** | **$142.78** |
|------|----------------------|--------------|----------|-------------|

4.   **Other cash equivalents** *(Identify all)*

5.   **Total of Part 1.**                                                              **$66,510.58**
     Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

**Part 2:**   **Deposits and Prepayments**

6. **Does the debtor have any deposits or prepayments?**

☐ No.  Go to Part 3.
☒ Yes Fill in the information below.

7.   **Deposits, including security deposits and utility deposits**
     Description, including name of holder of deposit

| 7.1. | security deposits | $39,831.83 |
|------|-------------------|------------|

| 7.2. | **Security deposit for Downtown Salt Lake City location held by landlord Fourth East Properties, LLC** | **$5,000.00** |
|------|------|------|

| 7.3. | **Security deposit for Sugarhouse, Salt Lake City location held by landlord DRMH, LLC** | **$3,000.00** |
|------|------|------|

| 7.4. | **Security deposit for Draper location held by landlord Day Dairy Village Shoppes** | **$5,203.28** |
|------|------|------|

| 7.5. | **Security deposit for St. George location held by Canyonlands Apartments, LLC** | **$7,283.00** |
|------|------|------|

| 7.6. | **Security deposit for Ogden location held by landlord 2214 Washington LLC** | **$5,232.00** |
|------|------|------|

| 7.7. | **Security deposit for Logan location held by landlord RBF Properties** | **$2,500.00** |
|------|------|------|

| 7.8. | **Security deposit for Provo location held by Skyline JSY LLC** | **$5,717.83** |
|------|------|------|

**7.9.** **Security deposit for Cottonwood Heights location held by landlord BS Property, LLC**            $4,000.00

**8.**     **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
           Description, including name of holder of prepayment

**9.**     **Total of Part 2.**

|  | $77,767.94 |
|---|---|

           Add lines 7 through 8. Copy the total to line 81.

**Part 3:**    **Accounts receivable**

**10. Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
■ Yes Fill in the information below.

**11.**    **Accounts receivable**

| 11a. 90 days old or less: | 11,920.93 | - | 0.00 | = .... | $11,920.93 |
|---|---|---|---|---|---|
|  | face amount |  | doubtful or uncollectible accounts |  |  |

| 11a. 90 days old or less: | 10,643.34 | - | 5,321.67 | = .... | $5,321.67 |
|---|---|---|---|---|---|
|  | face amount |  | doubtful or uncollectible accounts |  |  |

| 11b. Over 90 days old: | 305,627.24 | - | 152,813.62 | =.... | $152,813.62 |
|---|---|---|---|---|---|
|  | face amount |  | doubtful or uncollectible accounts |  |  |

| 11b. Over 90 days old: | 1,459,930.30 | - | 729,965.15 | =.... | $729,965.15 |
|---|---|---|---|---|---|
|  | face amount |  | doubtful or uncollectible accounts |  |  |

| 11b. Over 90 days old: | 35,434.98 | - | 17,717.49 | =.... | $17,717.49 |
|---|---|---|---|---|---|
|  | face amount |  | doubtful or uncollectible accounts |  |  |

| 11b. Over 90 days old: | 225,081.08 | - | 112,540.54 | =.... | $112,540.54 |
|---|---|---|---|---|---|
|  | face amount |  | doubtful or uncollectible accounts |  |  |

**12.**    **Total of Part 3.**

|  | $1,030,279.40 |
|---|---|

           Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

**Part 4:**    **Investments**

**13. Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

**Part 5:**    **Inventory, excluding agriculture assets**

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.

■ Yes Fill in the information below.

| | General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| 19. | **Raw materials** Food inventory | 3/21/2019 | $10,208.04 | Recent cost | $10,208.04 |
| 20. | **Work in progress** | | | | |
| 21. | **Finished goods, including goods held for resale** | | | | |
| 22. | **Other inventory or supplies** Retail items | 3/21/2019 | $97.55 | Recent cost | $97.55 |

| 23. | **Total of Part 5.** | $10,305.59 |
|---|---|---|
| | Add lines 19 through 22.  Copy the total to line 84. | |

24. **Is any of the property listed in Part 5 perishable?**
    ■ No
    ☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
    ■ No
    ☐ Yes. Book value _____  Valuation method _____  Current Value _____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
    ■ No
    ☐ Yes

**Part 6:**   **Farming and fishing-related assets (other than titled motor vehicles and land)**

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

    ■ No.  Go to Part 7.
    ☐ Yes Fill in the information below.

**Part 7:**   **Office furniture, fixtures, and equipment; and collectibles**

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

    ■ No.  Go to Part 8.
    ☐ Yes Fill in the information below.

**Part 8:**   **Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

    ☐ No.  Go to Part 9.
    ■ Yes Fill in the information below.

| | General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 47. | **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |

48.  **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors,
     floating homes, personal watercraft, and fishing vessels

49.  **Aircraft and accessories**

50.  **Other machinery, fixtures, and equipment (excluding farm
     machinery and equipment)**
     **Restaurant furniture, equipment, and fixtures,
     as detailed in Exhibit "A" attached hereto
     Cottonwood Heights: $117,616.70
     Downtown SLC: $27,566.04
     Draper: $33,185.26
     Logan: $70,681.28
     Ogden: $80,610.71
     Provo: $158,708.64
     St. George: $54,038.06
     Sugarhouse: $43,523.50**              **$585,930.19**     **Tax records**          **$585,930.19**

51.  **Total of Part 8.**                                                                   **$585,930.19**

     Add lines 47 through 50.  Copy the total to line 87.

52.  **Is a depreciation schedule available for any of the property listed in Part 8?**
     ☑ No
     ☐ Yes

53.  **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
     ☑ No
     ☐ Yes

**Part 9:**    **Real property**

**54. Does the debtor own or lease any real property?**

☐ No.  Go to Part 10.
☑ Yes Fill in the information below.

55.  **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1.  **22144 Washington Blvd., Ogden, UT** | **leasehold interest** | **$523,124.20** | **Tax records** | **Unknown** |
| 55.2.  **1346 E. Fort Union Blvd, Cottonwood Heights, UT** | **Leasehold interest** | **$964,091.35** | **Tax records** | **Unknown** |
| 55.3.  **414 East 200 South, Salt Lake City, UT** | **Leasehold interest** | **$400,776.88** | **Tax records** | **Unknown** |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                          Best Case Bankruptcy

Case 2:19-bk-03237-DPC    Doc 14    Filed 04/11/19    Entered 04/11/19 18:06:44    Desc
Main Document      Page 7 of 76

| | | | | |
|---|---|---|---|---|
| 55.4. | **541 East 12300 South, Draper, UT** | Leasehold interest | $214,233.81 | Tax records | Unknown |
| 55.5. | **131 N. Main, Logan UT** | Leasehold interest | $329,855.05 | Tax records | Unknown |
| 55.6. | **1280 N. University Ave., Provo, UT** | Leasehold interest | $221,032.58 | Tax records | Unknown |
| 55.7. | **471 E. St. George Blvd., St. George, UT** | Leasehold interest | $416,746.28 | Tax records | Unknown |
| 55.8. | **2030 South 900 East, Ste E, Salt Lake City, UT (lease held in the name of Steve Down personally, but used and paid for by Debtor)** | Leasehold improvements | $347,376.47 | Tax records | Unknown |

56. **Total of Part 9.**                                                                                              **$0.00**

     Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
     Copy the total to line 88.

57. **Is a depreciation schedule available for any of the property listed in Part 9?**
     ■ No
     ☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
     ■ No
     ☐ Yes

**Part 10:      Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

     ■ No.  Go to Part 11.
     ☐ Yes Fill in the information below.

**Part 11:      All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
     Include all interests in executory contracts and unexpired leases not previously reported on this form.

     ☐ No.  Go to Part 12.
     ■ Yes Fill in the information below.

Current value of
debtor's interest

71.     **Notes receivable**
         Description (include name of obligor)

| **Intercompany loan owed by Even Stevens Arizona, LLC** | 1,366,867.16 Total face amount | - | 683,433.58 doubtful or uncollectible amount | = | $683,433.58 |
|---|---|---|---|---|---|
| **Intercompany loan owed by Even Stevens Colorado, LLC** | 243,361.52 Total face amount | - | 121,680.76 doubtful or uncollectible amount | = | $121,680.76 |
| **Intercompany loan owed by Even Stevens Oregon, LLC** | 19,402.62 Total face amount | - | 9,701.31 doubtful or uncollectible amount | = | $9,701.31 |
| **Intercompany loan owed by Even Stevens Washington, LLC** | 224,831.62 Total face amount | - | 112,415.81 doubtful or uncollectible amount | = | $112,415.81 |

72.  **Tax refunds and unused net operating losses (NOLs)**
     Description (for example, federal, state, local)

73.  **Interests in insurance policies or annuities**

74.  **Causes of action against third parties (whether or not a lawsuit has been filed)**

75.  **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

76.  **Trusts, equitable or future interests in property**

77.  **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

78.  **Total of Part 11.**

     Add lines 71 through 77. Copy the total to line 90.

     | $927,231.46 |
     |---|

79.  **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
     ■ No
     ☐ Yes

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $66,510.58 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $77,767.94 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $1,030,279.40 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $10,305.59 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $585,930.19 | |
| 88. **Real property.** *Copy line 56, Part 9.*......................................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $927,231.46 | |
| 91. **Total.** Add lines 80 through 90 for each column | $2,698,025.16 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $2,698,025.16 |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                        Best Case Bankruptcy

## Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property

**12/15**

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

■ Yes. Fill in all of the information below.

**Part 1:** List Creditors Who Have Secured Claims

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A | Column B |
|---|---|---|---|
| | | **Amount of claim** | **Value of collateral that supports this claim** |
| | | Do not deduct the value of collateral. | |

| 2.1 | **GTR Source LLC** | | |
|---|---|---|---|

Creditor's Name

**1006 Monmouth Ave.**
**Lakewood, NJ 08701**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**7/2018**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien
**Blanket Lien on all assets**

Describe the lien
**UCC-1 financing statement**

Is the creditor an insider or related party?

■ No
☐ Yes

Is anyone else liable on this claim?

☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Unknown** | **Unknown**

| 2.2 | **Richmond Capital Group** | | |
|---|---|---|---|

Creditor's Name

**111 John Street, Suite 1210**
**New York, NY 10038**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**2018**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

Describe debtor's property that is subject to a lien
**Blanket lien**

Describe the lien
**Security Agreement**

Is the creditor an insider or related party?

■ No
☐ Yes

Is anyone else liable on this claim?

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply

**Unknown** | **Unknown**

Case 2:19-bk-03237-DPC    Doc 14    Filed 04/11/19    Entered 04/11/19 18:06:44    Desc
Main Document        Page 11 of 76

☐ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

☐ Contingent
☐ Unliquidated
☑ Disputed

---

| 2.3 | **Standard Restaurant Equipment Co.** | Describe debtor's property that is subject to a lien | $103,403.91 | Unknown |

Creditor's Name

**879 S 4400 W
Salt Lake City, UT 84104**

Creditor's mailing address

Describe debtor's property that is subject to a lien
**Equipment listed in lease agreements**

Describe the lien
**UCC-1 Financing statements**

Is the creditor an insider or related party?

☑ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?

☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply

☐ Contingent
☐ Unliquidated
☑ Disputed

---

| 2.4 | **Utah County Treasurer** | Describe debtor's property that is subject to a lien | $1,895.44 | Unknown |

Creditor's Name

**100 E. Center Street, Suite 1200
Provo, UT 84606**

Creditor's mailing address

Describe debtor's property that is subject to a lien
**all assets**

Describe the lien
**statutory**

Is the creditor an insider or related party?

☑ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?

☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**Nov 2018**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.5 | **Washington County Assessor's Office** | Describe debtor's property that is subject to a lien | $1,403.52 | Unknown |

Creditor's Name

**87 N 200 E, Suite 201
Saint George, UT 84770**

Creditor's mailing address

Describe debtor's property that is subject to a lien
**all assets**

Describe the lien

---

Creditor's email address, if known

Is the creditor an insider or related party?

■ No

☐ Yes

Is anyone else liable on this claim?

■ No

☐ Yes. Fill out _Schedule H: Codebtors_ (Official Form 206H)

**Date debt was incurred**

**June 2018**

Last 4 digits of account number

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| 2.6 | **Weber County Assessor** | Describe debtor's property that is subject to a lien | $11.91 | Unknown |

Creditor's Name

**2380 Washington Blvd., Suite 380**
**Ogden, UT 84401**

Creditor's mailing address

**all assets**

**Describe the lien**

**statutory**

Is the creditor an insider or related party?

■ No

☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?

■ No

**Date debt was incurred**

**Oct 2018**

Last 4 digits of account number

☐ Yes. Fill out _Schedule H: Codebtors_ (Official Form 206H)

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

3.    **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**    **$106,714.78**

**Part 2:**   **List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims

12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|
| **2.1** | Priority creditor's name and mailing address<br>**Aaron Smith**<br>**3105 Iowa Ave**<br>**Ogden, UT 84403** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $423.90 | $0.00 |
| | Date or dates debt was incurred<br>**March 2019** | Basis for the claim:<br>**Pre Petition Wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| **2.2** | Priority creditor's name and mailing address<br>**Alexis McCord**<br>**9425 Riverside Drive**<br>**Sandy, UT 84070** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $401.57 | $0.00 |
| | Date or dates debt was incurred<br>**March 2019** | Basis for the claim:<br>**Pre Petition Wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com       25530       Best Case Bankruptcy

Case 2:19-bk-03237-DPC   Doc 14   Filed 04/11/19   Entered 04/11/19 18:06:44   Desc
Main Document   Page 14 of 76

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $474.60 | $0.00 |
|---|---|---|---|---|
| | **Alfredo Espejel**<br>**9267 S. 455 W.**<br>**#50**<br>**Sandy, UT 84070** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**March 2019** | Basis for the claim:<br>**Pre Petition Wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $177.61 | $0.00 |
|---|---|---|---|---|
| | **Allyson Urray**<br>**1849 SOUTH 1300 EAST**<br>**Salt Lake City, UT 84105** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**March 2019** | Basis for the claim:<br>**Pre Petition Wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $671.08 | $0.00 |
|---|---|---|---|---|
| | **Amalise White**<br>**563 E FOX POINT LANE**<br>**Salt Lake City, UT 84107** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**March 2019** | Basis for the claim:<br>**Pre Petition Wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.6 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $831.93 | $0.00 |
|---|---|---|---|---|
| | **Amanda Heath**<br>**777 S. 400 E. Apt 47**<br>**Saint George, UT 84770** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**March 2019** | Basis for the claim:<br>**Pre Petition Wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.7 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,065.75 | $0.00 |
|---|---|---|---|---|
| | **Amy Lewis**<br>**54 Colley Hill Road**<br>**Gray, ME 04039** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **March 2019** | **Pre Petition Wages** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No

☐ Yes

---

| 2.8 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,625.32 | $0.00 |
|---|---|---|---|---|
| | **Ana Victoria Belmonte De Horta**<br>**665 W. 5465 S.**<br>**Salt Lake City, UT 84123** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **March 2019** | **Pre Petition Wages** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No

☐ Yes

---

| 2.9 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,453.05 | $0.00 |
|---|---|---|---|---|
| | **Andrew Cataldo**<br>**1971 East Sycamore Lane**<br>**Salt Lake City, UT 84117** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **March 2019** | **Pre Petition Wages** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No

☐ Yes

---

| 2.10 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $243.80 | $0.00 |
|---|---|---|---|---|
| | **Andrew Shawn Price**<br>**12644 SOUTH WEBB ROAD**<br>**Draper, UT 84020** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **March 2019** | **Pre Petition Wages** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No

☐ Yes

---

Case 2:19-bk-03237-DPC    Doc 14    Filed 04/11/19    Entered 04/11/19 18:06:44    Desc
Main Document    Page 16 of 76

| 2.11 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $584.41 | $0.00 |
|---|---|---|---|---|

**Angelina Molina**
**340 W 160 N**
**Washington, UT 84780**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**March 2019**

Basis for the claim:
**Pre Petition Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.12 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $309.68 | $0.00 |
|---|---|---|---|---|

**Angelo Antonopoulos**
**328 University Ste E**
**Salt Lake City, UT 84102**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**March 2019**

Basis for the claim:
**Pre Petition Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.13 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $341.60 | $0.00 |
|---|---|---|---|---|

**Anthony Lee Kallas**
**580 S. 1100 E. Unit 2**
**Saint George, UT 84790**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**March 2019**

Basis for the claim:
**Pre Petition Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.14 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $539.99 | $0.00 |
|---|---|---|---|---|

**Arel Ortega**
**3626 SOUTH JOCELYN CIRCLE**
**Salt Lake City, UT 84104**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**March 2019**

Basis for the claim:
**Pre Petition Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

Case 2:19-bk-03237-DPC   Doc 14   Filed 04/11/19   Entered 04/11/19 18:06:44   Desc
Main Document      Page 17 of 76

| 2.15 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$547.88** | **$0.00** |
|---|---|---|---|---|
| | **Ashley Smith** | *Check all that apply.* | | |
| | | ☐ Contingent | | |
| | | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | **March 2019** | **Pre Petition Wages** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No | | |
| | | ☐ Yes | | |

| 2.16 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$590.46** | **$0.00** |
|---|---|---|---|---|
| | **Blanca Cardona** | *Check all that apply.* | | |
| | **1547 W,. 3395 S.** | ☐ Contingent | | |
| | **Salt Lake City, UT 84119** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | **March 2019** | **Pre Petition Wages** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No | | |
| | | ☐ Yes | | |

| 2.17 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$646.53** | **$646.53** |
|---|---|---|---|---|
| | **Bradlee Campbell** | *Check all that apply.* | | |
| | **2964 S. 200 E. Apt 28** | ☐ Contingent | | |
| | **Salt Lake City, UT 84115** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | **March 2019** | **Pre Petition Wages** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No | | |
| | | ☐ Yes | | |

| 2.18 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$357.66** | **$357.66** |
|---|---|---|---|---|
| | **Breeanna B. Wilson** | *Check all that apply.* | | |
| | **400 E RIVERSIDE DR 902** | ☐ Contingent | | |
| | **Saint George, UT 84790** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | **March 2019** | **Pre Petition Wages** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No | | |
| | | ☐ Yes | | |

| 2.19 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $434.41 | $434.41 |
|------|----------------------------------------------|-----------------------------------------------|---------|---------|

**Brenda Garcia**
**3218 S. 2040 W.**
**Salt Lake City, UT 84119**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**March 2019**

Basis for the claim:
**Pre Petition Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.20 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $115.67 | $115.67 |
|------|----------------------------------------------|-----------------------------------------------|---------|---------|

**Brennan S. Weaver**
**1288 S ALPINE DR**
**Saratoga Springs, UT 84045**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**March 2019**

Basis for the claim:
**Pre Petition Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.21 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $878.89 | $878.89 |
|------|----------------------------------------------|-----------------------------------------------|---------|---------|

**Bridget Mary Brandenburg**
**165 E. Cottage Cove**
**Saratoga Springs, UT 84045**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**March 2019**

Basis for the claim:
**Pre Petition Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.22 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $257.16 | $257.16 |
|------|----------------------------------------------|-----------------------------------------------|---------|---------|

**Brook Michael Litwack**
**358 North Gateway Drive**
**#213**
**Providence, UT 84332**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**March 2019**

Basis for the claim:
**Pre Petition Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.23 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $701.71 | $701.71 |
|---|---|---|---|---|

**Callie A. Blair**
**927 East Ridge Hill Lane Apt 20**
**Midvale, UT 84047**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**March 2019**

Basis for the claim:
**Pre Petition Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.24 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $388.17 | $388.17 |
|---|---|---|---|---|

**Candy Bustamante**
**411 Morton Drive**
**Salt Lake City, UT 84116**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**March 2019**

Basis for the claim:
**Pre Petition Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.25 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $813.71 | $813.71 |
|---|---|---|---|---|

**Cassi Bradshaw**
**1147 N. Monroe Blvd**
**Ogden, UT 84404**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**March 2019**

Basis for the claim:
**Pre Petition Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.26 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $646.56 | $646.56 |
|---|---|---|---|---|

**Catherine Brebbia**
**2550 Nantucket Drive**
**Salt Lake City, UT 84121**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**March 2019**

Basis for the claim:
**Pre Petition Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.27 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $539.78 | $539.78 |
| --- | --- | --- | --- | --- |

**Cecilia Montes**
**1294 W INDIAN HILLS DR APT 15**
**Saint George, UT 84770**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**March 2019**

Basis for the claim:
**Pre Petition Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.28 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $414.60 | $414.60 |
| --- | --- | --- | --- | --- |

**Christopher Roylance**
**1932 EAST MEADOW DR.**
**Salt Lake City, UT 84121**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**March 2019**

Basis for the claim:
**Pre Petition Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.29 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $594.05 | $594.05 |
| --- | --- | --- | --- | --- |

**Desiree Worthy**
**361 WEST 500 NORTH**
**Saint George, UT 84770**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**March 2019**

Basis for the claim:
**Pre Petition Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.30 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $222.45 | $222.45 |
| --- | --- | --- | --- | --- |

**Diego Mendiola**
**255 EAST 500 NORTH**
**Logan, UT 84321**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**March 2019**

Basis for the claim:
**Pre Petition Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| 2.31 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $195.19 | $195.19 |
|---|---|---|---|---|
| | **Dillon Hansen**<br>**1617 West 150 South**<br>**Clearfield, UT 84015** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**March 2019** | Basis for the claim:<br>**Pre Petition Wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (3) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.32 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $497.78 | $497.78 |
|---|---|---|---|---|
| | **Draven Holtz**<br>**1456 W. 6915 S.**<br>**West Jordan, UT 84084** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**March 2019** | Basis for the claim:<br>**Pre Petition Wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.33 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $467.34 | $467.34 |
|---|---|---|---|---|
| | **Dylan Merrill**<br>**5027 E WALKER CIR**<br>**Heber City, UT 84032** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**March 2019** | Basis for the claim:<br>**Pre Petition Wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.34 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $306.02 | $306.02 |
|---|---|---|---|---|
| | **Eden Withers**<br>**870 N 600 E APT 504**<br>**Logan, UT 84321** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**March 2019** | Basis for the claim:<br>**Pre Petition Wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

Case 2:19-bk-03237-DPC    Doc 14    Filed 04/11/19    Entered 04/11/19 18:06:44    Desc
Main Document     Page 22 of 76

| 2.35 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $511.34 | $511.34 |
|---|---|---|---|---|

**Eduardo Lopez**
**8828 South Pecan Circle**
**West Jordan, UT 84088**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**March 2019**

Basis for the claim:
**Pre Petition Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.36 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $565.20 | $565.20 |
|---|---|---|---|---|

**Emilio J. Garcia**
**9425 Riverside Drive Apt 422**
**Sandy, UT 84070**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**March 2019**

Basis for the claim:
**Pre Petition Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.37 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $378.08 | $378.08 |
|---|---|---|---|---|

**Ensign Israel Gerry**
**1365 Fort Pierce Drive N. #12**
**Saint George, UT 84790**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**March 2019**

Basis for the claim:
**Pre Petition Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.38 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $170.18 | $170.18 |
|---|---|---|---|---|

**Estephanie A. Espinoza**
**9267 South 455 West**
**Sandy, UT 84070**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**March 2019**

Basis for the claim:
**Pre Petition Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.39 | Priority creditor's name and mailing address<br>**Evan Vice**<br>**149 S 900 E**<br>**Salt Lake City, UT 84110** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $598.41 | $598.41 |
|------|---|---|---|---|
|      | Date or dates debt was incurred<br>**March 2019** | Basis for the claim:<br>**Pre Petition Wages** | | |
|      | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.40 | Priority creditor's name and mailing address<br>**Fredi Barranco**<br>**1547 W. 3395 S. Apt D**<br>**Salt Lake City, UT 84119** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $458.22 | $458.22 |
|------|---|---|---|---|
|      | Date or dates debt was incurred<br>**March 2019** | Basis for the claim:<br>**Pre Petition Wages** | | |
|      | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.41 | Priority creditor's name and mailing address<br>**Gabriel Lynn Dayton**<br>**2625 Aspen Park Lane**<br>**Logan, UT 84341** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $92.27 | $92.27 |
|------|---|---|---|---|
|      | Date or dates debt was incurred<br>**March 2019** | Basis for the claim:<br>**Pre Petition Wages** | | |
|      | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.42 | Priority creditor's name and mailing address<br>**Gary Baggs**<br>**333 Ogden Ave**<br>**Ogden, UT 84404** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $281.38 | $281.38 |
|------|---|---|---|---|
|      | Date or dates debt was incurred<br>**March 2019** | Basis for the claim:<br>**Pre Petition Wages** | | |
|      | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

Case 2:19-bk-03237-DPC    Doc 14    Filed 04/11/19    Entered 04/11/19 18:06:44    Desc
Main Document    Page 24 of 76

| 2.43 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $322.52 | $322.52 |
|---|---|---|---|---|

**Gerardo Rosas**
**6988 S. Lotus Way**
**West Jordan, UT 84081**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**March 2019**

Basis for the claim:
**Pre Petition Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☒ No
☐ Yes

---

| 2.44 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $700.78 | $700.78 |
|---|---|---|---|---|

**Guadalupe Hernandez**
**810 Superior Peak Drive**
**Salt Lake City, UT 84123**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**March 2019**

Basis for the claim:
**Pre Petition Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☒ No
☐ Yes

---

| 2.45 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $509.71 | $509.71 |
|---|---|---|---|---|

**Hailey Knight**
**261 Boulder Way**
**Leeds, UT 84746**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**March 2019**

Basis for the claim:
**Pre Petition Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☒ No
☐ Yes

---

| 2.46 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $674.02 | $674.02 |
|---|---|---|---|---|

**Hayley Ortega**
**2265 S 1100 W APT G201**
**Ogden, UT 84401**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**March 2019**

Basis for the claim:
**Pre Petition Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☒ No
☐ Yes

| 2.47 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $803.38 | $803.38 |
|---|---|---|---|---|

**Hunter Franks**
**660 N. Rambler Drive**
**Salt Lake City, UT 84116**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**March 2019**

Basis for the claim:
**Pre Petition Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.48 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $832.73 | $832.73 |
|---|---|---|---|---|

**Imelda Lopez**
**4286 S 4800 W**
**Salt Lake City, UT 84120**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**March 2019**

Basis for the claim:
**Pre Petition Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.49 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $253,325.43 | $253,325.43 |
|---|---|---|---|---|

**Internal Revenue Service**
**Bankruptcy and Collection**
**Enforcement**
**P.O. Box 7346**
**Philadelphia, PA 19101-7346**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**941 liability**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.50 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $134.76 | $134.76 |
|---|---|---|---|---|

**Isaac D. Bentley**
**5669 S. Marco Road**
**Salt Lake City, UT 84121**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**March 2019**

Basis for the claim:
**Pre Petition Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| 2.51 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $254.14 | $254.14 |

**Jade M. Faulkner**
**19 East Lost Creek Lane Apt 502**
**Salt Lake City, UT 84107**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**March 2019**

Basis for the claim:
**Pre Petition Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| 2.52 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $511.14 | $511.14 |

**Jake Barrett**
**3455 Red Butte Dr.**
**Santa Clara, UT 84765**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**March 2019**

Basis for the claim:
**Pre Petition Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| 2.53 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $350.15 | $350.15 |

**Jason Costley**
**1175 Canyon Road Apt 40**
**Ogden, UT 84404**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**March 2019**

Basis for the claim:
**Pre Petition Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| 2.54 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $108.11 | $108.11 |

**Jason Marquez**
**1179 N630 E**
**Logan, UT 84341**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**March 2019**

Basis for the claim:
**Pre Petition Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| 2.55 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $282.21 | $282.21 |
|---|---|---|---|---|

**Jean Mary Bruschi**
**427 South 200 West**
**Logan, UT 84321-8432**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**March 2019**

Basis for the claim:
**Pre Petition Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| 2.56 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $509.29 | $509.29 |
|---|---|---|---|---|

**Jordan Elizabeth England**
**484 S. 1100 E.**
**Saint George, UT 84790**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**March 2019**

Basis for the claim:
**Pre Petition Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| 2.57 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $508.32 | $508.32 |
|---|---|---|---|---|

**Jordan Medina**
**1472 WEST BURBANK AVENUE**
**Salt Lake City, UT 84104**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**March 2019**

Basis for the claim:
**Pre Petition Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| 2.58 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $314.81 | $314.81 |
|---|---|---|---|---|

**Jordan Peterson**
**340 21ST ST APT 2023**
**Ogden, UT 84401**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**March 2019**

Basis for the claim:
**Pre Petition Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| 2.59 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $411.60 | $411.60 |
|---|---|---|---|---|

**Jose Miranda**
**84 WEST INGLENOOK DRIVE APT.**
**1111**
**Tooele, UT 84074**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**March 2019**

Basis for the claim:
**Pre Petition Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.60 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $77.10 | $77.10 |
|---|---|---|---|---|

**Joseph Adam Barbee**
**6175 Vine Hill Lane**
**Salt Lake City, UT 84121-8412**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**March 2019**

Basis for the claim:
**Pre Petition Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.61 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $80.31 | $80.31 |
|---|---|---|---|---|

**Joseph Edward Bernard**
**266 N. Redwood Road**
**Salt Lake City, UT 84116**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**March 2019**

Basis for the claim:
**Pre Petition Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.62 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $205.74 | $205.74 |
|---|---|---|---|---|

**Julia Dressman**
**1373 Green St.**
**Salt Lake City, UT 84105**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**March 2019**

Basis for the claim:
**Pre Petition Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| 2.63 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $180.06 | $180.06 |
|------|----------------------------------------------|----------------------------------------------|---------|---------|
| | **Kade Johnson**<br>**1989 Dove Circle**<br>**Santa Clara, UT 84765** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**March 2019** | Basis for the claim:<br>**Pre Petition Wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.64 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $490.62 | $490.62 |
|------|----------------------------------------------|----------------------------------------------|---------|---------|
| | **Karina Rachelle House**<br>**639 E. 950 S. Unit 2**<br>**Clearfield, UT 84015** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**March 2019** | Basis for the claim:<br>**Pre Petition Wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.65 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $264.79 | $264.79 |
|------|----------------------------------------------|----------------------------------------------|---------|---------|
| | **Karli Smith**<br>**123 DIAGONAL ST**<br>**Saint George, UT 84770** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**March 2019** | Basis for the claim:<br>**Pre Petition Wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.66 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $211.98 | $0.00 |
|------|----------------------------------------------|----------------------------------------------|---------|-------|
| | **Katherine Grace Murray**<br>**1967 SOUTH 800 EAST**<br>**Salt Lake City, UT 84105** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**March 2019** | Basis for the claim:<br>**Pre Petition Wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.67 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $800.93 | $800.93 |
|------|-----------------------------------------------|-----------------------------------------------|---------|---------|

**Kayelee Campbell**
**3851 W. Cobble Ridge Drive Apt**
**13-204**
**West Jordan, UT 84084**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**March 2019**

Basis for the claim:
**Pre Petition Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.68 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $436.43 | $436.43 |
|------|-----------------------------------------------|-----------------------------------------------|---------|---------|

**Keagan Saenz**
**140 E 2200 N APT 2704**
**Logan, UT 84341**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**March 2019**

Basis for the claim:
**Pre Petition Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.69 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $879.98 | $879.98 |
|------|-----------------------------------------------|-----------------------------------------------|---------|---------|

**Kelsey Swensen**
**19 EAST LOST CREEK LANE APT**
**502**
**Salt Lake City, UT 84107**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**March 2019**

Basis for the claim:
**Pre Petition Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.70 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $452.64 | $452.64 |
|------|-----------------------------------------------|-----------------------------------------------|---------|---------|

**Kendra Begay**
**245 North Center Street**
**Salt Lake City, UT 84103**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**March 2019**

Basis for the claim:
**Pre Petition Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| 2.71 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $468.50 | $468.50 |
|---|---|---|---|---|

**Kenneth Sanders Davis**
**3068 Mark Avenue**
**Salt Lake City, UT 84119**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**March 2019**

Basis for the claim:
**Pre Petition Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.72 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $209.72 | $209.72 |
|---|---|---|---|---|

**Kevin Weaver**
**3625 CANARY WAY**
**Eagle Mountain, UT 84005**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**March 2019**

Basis for the claim:
**Pre Petition Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.73 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $101.55 | $101.55 |
|---|---|---|---|---|

**Kimberly L. Reese**
**5402 S. WILLOW LANE APT. C**
**Salt Lake City, UT 84107**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**March 2019**

Basis for the claim:
**Pre Petition Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.74 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $95.45 | $95.45 |
|---|---|---|---|---|

**Kortney Ann Kehl**
**1039 Watercress Lane Apt #7-P**
**Salt Lake City, UT 84121**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**March 2019**

Basis for the claim:
**Pre Petition Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| 2.75 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $126.41 | $126.41 |
|------|---------------------------------------------|-----------------------------------------------|---------|---------|
| | **Leonor Guiterrez**<br>**1836 W. 1230 N.**<br>**Saint George, UT 84770** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**March 2019** | Basis for the claim:<br>**Pre Petition Wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.76 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $400.00 | $400.00 |
|------|---------------------------------------------|-----------------------------------------------|---------|---------|
| | **Levi Thomas**<br>**805 E 275 N APT 1**<br>**Logan, UT 84321** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**March 2019** | Basis for the claim:<br>**Pre Petition Wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.77 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $582.34 | $582.34 |
|------|---------------------------------------------|-----------------------------------------------|---------|---------|
| | **Lidia Candia**<br>**3225 S. 4235 W. Apt 20 A**<br>**Salt Lake City, UT 84120** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**March 2019** | Basis for the claim:<br>**Pre Petition Wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.78 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $401.86 | $401.86 |
|------|---------------------------------------------|-----------------------------------------------|---------|---------|
| | **Lucia Smith**<br>**259 J STREET**<br>**Salt Lake City, UT 84103** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**March 2019** | Basis for the claim:<br>**Pre Petition Wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.79 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $676.30 | $676.30 |
|------|----------------------------------------------|-----------------------------------------------|---------|---------|

**Luis Reyna**
**146 E Jackie Way  Apt. 1**
**Salt Lake City, UT 84107**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**March 2019**

Basis for the claim:
**Pre Petition Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.80 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $694.45 | $694.45 |
|------|----------------------------------------------|-----------------------------------------------|---------|---------|

**Madeline A Schuman**
**8863 IDA LN**
**Sandy, UT 84093**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**March 2019**

Basis for the claim:
**Pre Petition Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.81 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $206.34 | $206.34 |
|------|----------------------------------------------|-----------------------------------------------|---------|---------|

**Madison Hali Garlick**
**32 South 800 East**
**Saint George, UT 84770**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**March 2019**

Basis for the claim:
**Pre Petition Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.82 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $593.62 | $593.62 |
|------|----------------------------------------------|-----------------------------------------------|---------|---------|

**Madison Pronk**
**7128 S 1155 W**
**West Jordan, UT 84084**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**March 2019**

Basis for the claim:
**Pre Petition Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.83 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $744.18 | $744.18 |
|------|----------------------------------------------|-----------------------------------------------|---------|---------|
| | **Mark Thompson**<br>**233 N. 680 E.**<br>**Orem, UT 84058** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**March 2019** | Basis for the claim:<br>**Pre Petition Wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.84 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $373.70 | $373.70 |
|------|----------------------------------------------|-----------------------------------------------|---------|---------|
| | **Mason T. Lake**<br>**650 South 100 East Apt E306**<br>**Logan, UT 84321** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**March 2019** | Basis for the claim:<br>**Pre Petition Wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.85 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,296.14 | $1,296.14 |
|------|----------------------------------------------|-----------------------------------------------|-----------|-----------|
| | **Matthew Harvey**<br>**44 E. 300 N.**<br>**Hurricane, UT 84737** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**March 2019** | Basis for the claim:<br>**Pre Petition Wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.86 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $894.56 | $894.56 |
|------|----------------------------------------------|-----------------------------------------------|---------|---------|
| | **Matthew Martin**<br>**4486 S Charles Drive**<br>**Draper, UT 84020** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**March 2019** | Basis for the claim:<br>**Pre Petition Wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.87 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $550.39 | $550.39 |

**Matthew Pool**
**7 S WOLCOTT ST**
**Salt Lake City, UT 84102**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**March 2019**

Basis for the claim:
**Pre Petition Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.88 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $436.20 | $436.20 |

**Maxximum Chan**
**548 E. 1100 N.**
**Ogden, UT 84404**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**March 2019**

Basis for the claim:
**Pre Petition Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.89 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $53.94 | $53.94 |

**Michael Lopez**
**1694 Navajo Drive**
**Ogden, UT 84403**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**March 2019**

Basis for the claim:
**Pre Petition Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.90 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $815.49 | $815.49 |

**Natalie Smith**
**1620 South 1330 West**
**Logan, UT 84321**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**March 2019**

Basis for the claim:
**Pre Petition Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| 2.91 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $350.20 | $350.20 |
| --- | --- | --- | --- | --- |
| | **Nathaniel Pearson**<br>**256 IOWA ST**<br>**Salt Lake City, UT 84102** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**March 2019** | Basis for the claim:<br>**Pre Petition Wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.92 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $178.76 | $178.76 |
| --- | --- | --- | --- | --- |
| | **Nicole Rogozinski**<br>**551 EAST 600 SOUTH**<br>**Salt Lake City, UT 84102** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**March 2019** | Basis for the claim:<br>**Pre Petition Wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.93 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $71.11 | $71.11 |
| --- | --- | --- | --- | --- |
| | **Nicole Ware**<br>**PO BOX 453**<br>**Riverton, UT 84065** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**March 2019** | Basis for the claim:<br>**Pre Petition Wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.94 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $609.15 | $609.15 |
| --- | --- | --- | --- | --- |
| | **Omar Gonzales**<br>**2939 W. Baty Drive**<br>**Salt Lake City, UT 84119** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**March 2019** | Basis for the claim:<br>**Pre Petition Wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.95 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $517.47 | $517.47 |
|------|-----------------------------------------------|------------------------------------------------|---------|---------|

**Pamela Lynn Lukenbill-Humlen**
**2214 Washington Blvd.**
**Ogden, UT 84401**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**March 2019**

Basis for the claim:
**Pre Petition Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.96 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $713.35 | $713.35 |
|------|-----------------------------------------------|------------------------------------------------|---------|---------|

**Patricia Hubbard**
**2736 Adams Street East Apt 30**
**Salt Lake City, UT 84115**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**March 2019**

Basis for the claim:
**Pre Petition Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.97 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $544.55 | $544.55 |
|------|-----------------------------------------------|------------------------------------------------|---------|---------|

**Perla Flores**
**3755 Kingspointe Circle**
**Salt Lake City, UT 84119**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**March 2019**

Basis for the claim:
**Pre Petition Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.98 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $631.59 | $631.59 |
|------|-----------------------------------------------|------------------------------------------------|---------|---------|

**Quinn Lambert**
**14175 Orgill Band Road**
**Draper, UT 84020**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**March 2019**

Basis for the claim:
**Pre Petition Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.99 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $764.15 | $764.15 |
|---|---|---|---|---|

**Rafael Salazar**
**1484 W 3500 S APT 3C**
**Salt Lake City, UT 84119**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **March 2019** | **Pre Petition Wages** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.100 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $172.54 | $172.54 |
|---|---|---|---|---|

**Rafael Torres**
**810 SUPERIOR PEAK DR**
**Salt Lake City, UT 84123**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **March 2019** | **Pre Petition Wages** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.101 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $141.56 | $141.56 |
|---|---|---|---|---|

**Roben Schafer**
**610 WEST 100 NORTH APT. 3**
**Smithfield, UT 84335**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **March 2019** | **Pre Petition Wages** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.102 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $476.46 | $476.46 |
|---|---|---|---|---|

**Rodney Hames**
**150 N. 3050 E. Space 17**
**Saint George, UT 84790**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **March 2019** | **Pre Petition Wages** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com
Best Case Bankruptcy

| 2.103 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $665.67 | $665.67 |
|---|---|---|---|---|
| | **Rosalio A. Salas** | *Check all that apply.* | | |
| | **1149 S NAVAJO ST** | ☐ Contingent | | |
| | **Salt Lake City, UT 84104** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | **March 2019** | **Pre Petition Wages** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No | | |
| | | ☐ Yes | | |

| 2.104 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $512.68 | $512.68 |
|---|---|---|---|---|
| | **Ryan Ross** | *Check all that apply.* | | |
| | **4104 S 300 E** | ☐ Contingent | | |
| | **Salt Lake City, UT 84107** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | **March 2019** | **Pre Petition Wages** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No | | |
| | | ☐ Yes | | |

| 2.105 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $773.77 | $773.77 |
|---|---|---|---|---|
| | **Saileen M. Grimshaw** | *Check all that apply.* | | |
| | **545 South 900 East Apt 35** | ☐ Contingent | | |
| | **Saint George, UT 84770** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | **March 2019** | **Pre Petition Wages** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No | | |
| | | ☐ Yes | | |

| 2.106 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $629.65 | $629.65 |
|---|---|---|---|---|
| | **Samuel Dantuono** | *Check all that apply.* | | |
| | **640 South 400 East** | ☐ Contingent | | |
| | **Salt Lake City, UT 84111** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | **March 2019** | **Pre Petition Wages** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No | | |
| | | ☐ Yes | | |

| 2.107 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $680.16 | $680.16 |
|---|---|---|---|---|
| | **Samuel Sanders** | Check all that apply. | | |
| | **45 WEST SEASONS DR. BLDG. C** | ☐ Contingent | | |
| | **Orem, UT 84059** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | **March 2019** | **Pre Petition Wages** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No | | |
| | | ☐ Yes | | |

| 2.108 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $146.04 | $146.04 |
|---|---|---|---|---|
| | **Sara Rose Barowski** | Check all that apply. | | |
| | **43 S. 400 E. Apt 107** | ☐ Contingent | | |
| | **Salt Lake City, UT 84111-8411** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | **March 2019** | **Pre Petition Wages** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No | | |
| | | ☐ Yes | | |

| 2.109 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $653.03 | $653.03 |
|---|---|---|---|---|
| | **Sergio Reyna** | Check all that apply. | | |
| | **8155 S REDWOOD RD APT 51** | ☐ Contingent | | |
| | **West Jordan, UT 84088** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | **March 2019** | **Pre Petition Wages** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No | | |
| | | ☐ Yes | | |

| 2.110 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $119.27 | $119.27 |
|---|---|---|---|---|
| | **Shelby Decol** | Check all that apply. | | |
| | **1201 E. Lori Circle** | ☐ Contingent | | |
| | **Sandy, UT 84094** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | **March 2019** | **Pre Petition Wages** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No | | |
| | | ☐ Yes | | |

| 2.111 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $274.56 | $274.56 |
|---|---|---|---|---|

**Spencer Jack**
**950 N. 600 E.**
**Logan, UT 84321**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **March 2019** | **Pre Petition Wages** |

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.112 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $290.26 | $290.26 |
|---|---|---|---|---|

**Steven Thomas**
**145 S 600 E APT 7**
**Salt Lake City, UT 84102**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **March 2019** | **Pre Petition Wages** |

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.113 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $490.02 | $490.02 |
|---|---|---|---|---|

**Talisa Fettis**
**1117 East 100 South #1**
**Salt Lake City, UT 84102**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **March 2019** | **Pre Petition Wages** |

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.114 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $193.04 | $193.04 |
|---|---|---|---|---|

**Tanee Kay Johnson**
**222 West 1458 South**
**Logan, UT 84321**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **March 2019** | **Pre Petition Wages** |

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com | Best Case Bankruptcy

| 2.115 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $536.19 | $536.19 |
|-------|----------------------------------------------|-----------------------------------------------|---------|---------|

**Thomas Peel**
**6363 SOUTH MURRAY BLUFFS**
**DRIVE**
**Salt Lake City, UT 84123**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**March 2019**

Basis for the claim:
**Pre Petition Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.116 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $567.55 | $567.55 |
|-------|----------------------------------------------|-----------------------------------------------|---------|---------|

**Tiana Mae Edwards**
**1046 N. 1725 W. #185**
**Saint George, UT 84790**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**March 2019**

Basis for the claim:
**Pre Petition Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.117 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $581.72 | $581.72 |
|-------|----------------------------------------------|-----------------------------------------------|---------|---------|

**Timothy Atwood**
**2100 Bengal Blvd.**
**Apt F302**
**Midvale, UT 84047**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**March 2019**

Basis for the claim:
**Pre Petition Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.118 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $436.63 | $436.63 |
|-------|----------------------------------------------|-----------------------------------------------|---------|---------|

**Tommy Avila**
**8155 S. Redwood Road Apt 51**
**West Jordan, UT 84088**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**March 2019**

Basis for the claim:
**Pre Petition Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

Case 2:19-bk-03237-DPC    Doc 14    Filed 04/11/19    Entered 04/11/19 18:06:44    Desc
Main Document     Page 43 of 76

| 2.119 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $459.28 | $459.28 |
|-------|----------------------------------------------|------------------------------------------------|---------|---------|

**Travis L. Davis**
**311 W. 1100 N.**
**Logan, UT 84341**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**March 2019**

Basis for the claim:
**Pre Petition Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.120 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $238.18 | $238.18 |
|-------|----------------------------------------------|------------------------------------------------|---------|---------|

**Tristan Jones**
**1026 26th Street**
**Ogden, UT 84401**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**March 2019**

Basis for the claim:
**Pre Petition Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.121 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $688.92 | $688.92 |
|-------|----------------------------------------------|------------------------------------------------|---------|---------|

**Tyler Stratton**
**639 E. 950 S.**
**Clearfield, UT 84015**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**March 2019**

Basis for the claim:
**Pre Petition Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.122 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $109,151.05 | $109,151.05 |
|-------|----------------------------------------------|------------------------------------------------|-------------|-------------|

**Utah Tax Commission**
**210 N. 1950 West**
**Attn: Bankruptcy Unit**
**Salt Lake City, UT 84134**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Sales tax**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.123 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $20,057.81 | $20,057.81 |
|---|---|---|---|---|

**Utah Tax Commission**
**210 N. 1950 West**
**Attn: Bankruptcy Unit**
**Salt Lake City, UT 84134**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Restaurant tax**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.124 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $43,003.21 | $43,003.21 |
|---|---|---|---|---|

**Utah Tax Commission**
**210 N. 1950 West**
**Attn: Bankruptcy Unit**
**Salt Lake City, UT 84134**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**withholding taxes**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.125 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $409.93 | $409.93 |
|---|---|---|---|---|

**Valerie R. Burton**
**460 W. 725 N.**
**Logan, UT 84321**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**March 2019**

Basis for the claim:
**Pre Petition Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.126 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $12,677.90 | $0.00 |
|---|---|---|---|---|

**Washington County Treasurer**
**197 E Tabernacle**
**Saint George, UT 84770**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**Nov 2017-Nov 2018**

Basis for the claim:
**taxes**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

| 2.127 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,113.79 | $1,113.79 |
|---|---|---|---|---|
| | **Wes Humlen** | *Check all that apply.* | | |
| | **6479 S. Lone Tree Way** | ☐ Contingent | | |
| | **Boise, ID 83709** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **March 2019** | **Pre Petition Wages** |

Last 4 digits of account number      Is the claim subject to offset?

Specify Code subsection of PRIORITY    ■ No
unsecured claim: 11 U.S.C. § 507(a) (4)    ☐ Yes

---

| 2.128 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $299.85 | $299.85 |
|---|---|---|---|---|
| | **Zoe Evelyn Truscott** | *Check all that apply.* | | |
| | **1065 N 1800 E** | ☐ Contingent | | |
| | **Logan, UT 84341** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **March 2019** | **Pre Petition Wages** |

Last 4 digits of account number      Is the claim subject to offset?

Specify Code subsection of PRIORITY    ■ No
unsecured claim: 11 U.S.C. § 507(a) (4)    ☐ Yes

---

## Part 2:   List All Creditors with NONPRIORITY Unsecured Claims

**3.**   List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | | **Amount of claim** |
|---|---|---|---|

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $100.00 |
|---|---|---|---|
| | **A-List Window Cleaning** | ☐ Contingent | |
| | **1512 N 540 W #101** | ☐ Unliquidated | |
| | **Logan, UT 84341** | ☐ Disputed | |
| | Date(s) debt was incurred  <u>July & August 2018</u> | Basis for the claim:  <u>Goods and services</u> | |
| | Last 4 digits of account number  _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $650.17 |
|---|---|---|---|
| | **Alpha Mechanical Heating & Cooling** | ☐ Contingent | |
| | **560 North Main St** | ☐ Unliquidated | |
| | **Logan, UT 84321** | ☐ Disputed | |
| | Date(s) debt was incurred  _ | Basis for the claim:  _ | |
| | Last 4 digits of account number  _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,016.00 |
|---|---|---|---|
| | **AmTrust North America** | ☐ Contingent | |
| | **P.O. Box 6939** | ☐ Unliquidated | |
| | **Cleveland, OH 44101** | ☐ Disputed | |
| | Date(s) debt was incurred  <u>Feb & March 2019</u> | Basis for the claim:  <u>repairs and maintenance</u> | |
| | Last 4 digits of account number  _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $160.65 |

**AT&T**
PO Box 6463
Carol Stream, IL 60197

Date(s) debt was incurred **March 2019**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **company phones**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |

**Blue Ribbon Technologies, LLC**
6030 Greenwood Plaza Blvd., Suite 110
Englewood, CO 80111

Date(s) debt was incurred **July 2018 - March 2019**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Fire System**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $125.09 |

**Bread Basket**
2820 E. University Dr., Suite 110
Mesa, AZ 85213

Date(s) debt was incurred **July- Aug 2018**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Vendor (bread)**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $150.00 |

**Briskey Plumbing Specialists**
2730 N. Parkland Blvd. #1
Ogden, UT 84404

Date(s) debt was incurred **May 2018**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **repair and maintenance**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $65.00 |

**Cache Valley Center for the Arts**
43 S Main
Logan, UT 84321

Date(s) debt was incurred **Sept 2018**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Marketing/sponsorship**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $25.00 |

**Cache Valley Fire Protection**
P.O. Box 6692
Logan, UT 84341

Date(s) debt was incurred **July 2018**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Repair and maintenance**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $195.00 |

**Cactus & Tropicals, LLC**
2735 S 2000 E
Salt Lake City, UT 84109

Date(s) debt was incurred **Nov 2018-Jan 2019**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **plant watering**

Is the claim subject to offset? ■ No ☐ Yes

---

Case 2:19-bk-03237-DPC   Doc 14   Filed 04/11/19   Entered 04/11/19 18:06:44   Desc
Main Document     Page 47 of 76

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $257.63 |
| --- | --- | --- | --- |

**Caffe Ibis, Inc.**
**PO Box 3548**
**Logan, UT 84323**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $974.45 |
| --- | --- | --- | --- |

**Carlson Distributing**
**1864 S 3730 W**
**Salt Lake City, UT 84104**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __Nov 2018 - March 2019__

**Basis for the claim:** __Alcohol__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $413.67 |
| --- | --- | --- | --- |

**ChefWorks**
**12325 Kerran St.**
**Poway, CA 92064**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __Aug 2018__

**Basis for the claim:** __uniforms__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $13,420.41 |
| --- | --- | --- | --- |

**Cintas Corporation**
**800 Cintas Boulevard, PO Box 625737**
**Cincinnati, OH 45262-5737**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __May 2018-March 2019__

**Basis for the claim:** __cleaning supplies__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,211.14 |
| --- | --- | --- | --- |

**City of Logan**
**180 N. Main**
**Logan, UT 84321**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __Feb and March 2019__

**Basis for the claim:** __Utility Services__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $134.68 |
| --- | --- | --- | --- |

**City of Ogden**
**2549 Washington Blvd.**
**Ogden, UT 84401**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __Feb 2019__

**Basis for the claim:** __Utility services__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,512.46 |
| --- | --- | --- | --- |

**City of St. George**
**175 E 200 N**
**Saint George, UT 84770**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __Jan- March 2019__

**Basis for the claim:** __Utility Services__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.18** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,540.64**

**Coca Cola North America**
**PO Box 102703**
**Atlanta, GA 30368**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **Oct 2017-March 2019**

Basis for the claim:  **Coke machine lease**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.19** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,938.51**

**Coca Cola of Southern Utah**
**954 N Aviation Way**
**PO Box 2350**
**Cedar City, UT 84721**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **Dec 2018- March 2019**

Basis for the claim:  **beverage syrup**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.20** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$400.32**

**Comcast**
**One Comcast Center**
**Attn: Legal Department**
**Philadelphia, PA 19103**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **March 2019**

Basis for the claim:  **internet/TV services**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.21** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5,000.00**

**Copperfield Media**
**248 South Main Street**
**Salt Lake City, UT 84101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **June 2017**

Basis for the claim:  **Marketing**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.22** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$23,365.80**

**Cravings Gourmet Bakery & Cafe**
**2300 Santa Clara Drive**
**Santa Clara, UT 84765**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **May-Sept. 2018**

Basis for the claim:  **Bakery vendor**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.23** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$729.00**

**Daily Rise Roasting Co.**
**1989 W. Antelope Dr.**
**Layton, UT 84041**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **Aug 2018-Feb 2019**

Basis for the claim:  **coffee vendor**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.24** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5,359.15**

**Design Blue**
**947 SW Broadway**
**Portland, OR 97205**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **Feb-Nov 2017**

Basis for the claim:  **design for new stores**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

| 3.25 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$20,074.60** |
|---|---|---|---|

**DocuMart**
**1615 W 2200 S , STE C**
**Salt Lake City, UT 84119**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **Jan 2018-Aug 2018**

Basis for the claim:  **Marketing print materials**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.26 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$5,616.85** |
|---|---|---|---|

**Dominion Energy**
**PO Box 45360**
**Salt Lake City, UT 84145**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **Dec 2018-March 2019**

Basis for the claim:  **Utility Services**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.27 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$260.00** |
|---|---|---|---|

**Draper Area Chamber of Commerce**
**1160 E. Pioneer Rd**
**PO Box 1002**
**Draper, UT 84020**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **Oct 2018**

Basis for the claim:  **Marketing**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.28 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$12,075.00** |
|---|---|---|---|

**DRMH, LLC**
**PO Box 65727**
**Salt Lake City, UT 84165**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **Dec 2018-March 2019**

Basis for the claim:  **unpaid rent**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.29 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,532.95** |
|---|---|---|---|

**EcoLab, Inc.**
**24198 NETWORK PLACE**
**Chicago, IL 60673-1241**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was
incurred  **April 2018 - March 2019**

Basis for the claim:  **pest elimination and water softners**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.30 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$21,644.91** |
|---|---|---|---|

**Even Stevens Idaho, LLC**
**2030 S. 900 E. Suite A**
**Salt Lake City, UT 84105**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Intercompany Loan**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.31 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$4,688,180.46** |
|---|---|---|---|

**Even Stevens Sandwiches, LLC**
**2030 S. 900 E, Suite A**
**Salt Lake City, UT 84105**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Intercompany loan**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| | | |
|---|---|---|
| 3.32 | **Nonpriority creditor's name and mailing address**<br>**Even Stevens Texas, LLC**<br>**2030 S. 900 E. Suite A**<br>**Salt Lake City, UT 84105**<br><br>**Date(s) debt was incurred** _<br><br>**Last 4 digits of account number** _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** **Intercompany loan**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$16,582.97** |
| 3.33 | **Nonpriority creditor's name and mailing address**<br>**Fish Window Cleaning**<br>**1124 W. South Jordan Pkwy, Suite A**<br>**South Jordan, UT 84095**<br><br>**Date(s) debt was incurred** **April 2018**<br><br>**Last 4 digits of account number** _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** **Window cleaning**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$65.00** |
| 3.34 | **Nonpriority creditor's name and mailing address**<br>**Fourth East Properties, LLC**<br>**1831 Connor St.**<br>**Salt Lake City, UT 84108**<br><br>**Date(s) debt was incurred** **Jan-April 2019**<br><br>**Last 4 digits of account number** _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** **Rent**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$5,632.80** |
| 3.35 | **Nonpriority creditor's name and mailing address**<br>**General Distributing**<br>**P.O. Box 221210**<br>**Salt Lake City, UT 84122**<br><br>**Date(s) debt was incurred** **Sept 2018-March 2018**<br><br>**Last 4 digits of account number** _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** **Alcohol vendor**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$238.28** |
| 3.36 | **Nonpriority creditor's name and mailing address**<br>**Hobble Creek Coffee LLC**<br>**388 N Main #10**<br>**Springville, UT 84663**<br><br>**Date(s) debt was incurred** **Jan 2018**<br><br>**Last 4 digits of account number** _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** **Coffee vendor**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **Unknown** |
| 3.37 | **Nonpriority creditor's name and mailing address**<br>**Hood Guy**<br>**914 N 300 W**<br>**American Fork, UT 84003**<br><br>**Date(s) debt was incurred** **April 2018**<br><br>**Last 4 digits of account number** _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** **repair and maintenance**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$32.50** |
| 3.38 | **Nonpriority creditor's name and mailing address**<br>**Hustle Enterprises, Inc.**<br>**PO Box 27052**<br>**Salt Lake City, UT 84127**<br><br>**Date(s) debt was incurred** **March 2018**<br><br>**Last 4 digits of account number** _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** **repair and maintenance**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$100.00** |

| 3.39 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,208.95 |
|---|---|---|---|

**Interwest HVAC & Refridgeration**
P.O. Box 2217
Saint George, UT 84771

Date(s) debt was incurred **Dec 2018 - March 2019**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **repair and maintenance**

Is the claim subject to offset? ■ No ☐ Yes

| 3.40 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $100.00 |
|---|---|---|---|

**Joe Ridel**
1580 Fenton St
Denver, CO 80214

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Unsecured loan**

Is the claim subject to offset? ■ No ☐ Yes

| 3.41 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $109.85 |
|---|---|---|---|

**Jordan Valley Water**
2815 1300 W.
West Jordan, UT 84088

Date(s) debt was incurred **Jan- March 2019**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Utility Services**

Is the claim subject to offset? ■ No ☐ Yes

| 3.42 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,000.00 |
|---|---|---|---|

**Kimley-Horn and Associates Inc.**
P.O. Box 79384
City of Industry, CA 91716

Date(s) debt was incurred **August 2017**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Planning and design**

Is the claim subject to offset? ■ No ☐ Yes

| 3.43 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $11,642.05 |
|---|---|---|---|

**La Barba Coffee**
3340 S 300 W
Salt Lake City, UT 84115

Date(s) debt was incurred **Sept 2018-Feb 2019**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Coffee vendor**

Is the claim subject to offset? ■ No ☐ Yes

| 3.44 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $208.16 |
|---|---|---|---|

**La Monica's Restaurant Equipment**
6211 S 380 W
Salt Lake City, UT 84107

Date(s) debt was incurred **March 2019**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Restaurant equipment**

Is the claim subject to offset? ■ No ☐ Yes

| 3.45 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $150.00 |
|---|---|---|---|

**Local CO2**
3647 S. 1700 E.
Saint George, UT 84790

Date(s) debt was incurred **Dec 2018**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **repair and maintenance**

Is the claim subject to offset? ■ No ☐ Yes

| 3.46 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,143.95 |
|---|---|---|---|

**Mason Lands, LLC**
**1831 Connor St.**
**Salt Lake City, UT 84108**

Date(s) debt was incurred __June 2018__

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Rent__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.47 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $993.31 |
|---|---|---|---|

**Matrix Mechanical**
**220 West 2950 South**
**Salt Lake City, UT 84115**

Date(s) debt was incurred __Sept- Nov 2018__

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __repair and maintenance__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.48 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,166.55 |
|---|---|---|---|

**Momentum Recycling**
**658 S. 4050 W.**
**Salt Lake City, UT 84104**

Date(s) debt was incurred __Jan-March 2019__

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __recycling service__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.49 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,197.42 |
|---|---|---|---|

**NuCO2, LLC**
**P.O. Box 417902**
**Boston, MA 02241**

Date(s) debt was incurred __Feb-March 2019__

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Co2/beverage services__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.50 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $9,115.00 |
|---|---|---|---|

**Renegade Oil**
**1141 S 3200 W**
**Salt Lake City, UT 84104**

Date(s) debt was incurred __April 2018-March 2019__

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Grease trap cleaning service__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.51 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,784.26 |
|---|---|---|---|

**Republic Services**
**770 E. Sahara Ave**
**Las Vegas, NV 89104-2943**

Date(s) debt was incurred __Feb-March 2019__

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __trash/recycling services__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.52 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,713.35 |
|---|---|---|---|

**Rocky Mountain Power**
**1407 W. North Temple**
**Salt Lake City, UT 84116**

Date(s) debt was incurred __Dec 2018-March 2019__

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Utility services__

Is the claim subject to offset? ■ No ☐ Yes

| 3.53 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,799.67 |
|---|---|---|---|

**Skyline JSY, LLC**
**1906 North Skyline Dr**
**Orem, UT 84097**

Date(s) debt was incurred  Jan-March 2019

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Rent

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.54 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $74.94 |
|---|---|---|---|

**Skymail International Inc.**
**1476 S 3600 W**
**Salt Lake City, UT 84104**

Date(s) debt was incurred  Jan-March 2019

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  marketing

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.55 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $122.23 |
|---|---|---|---|

**South Valley Sewer**
**1253 W. Jordan Basin Lane**
**Bluffdale, UT 84065**

Date(s) debt was incurred  Dec 2018-March 2019

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Utility services

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.56 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $256.92 |
|---|---|---|---|

**Specialty Linens & Chair Covers**
**6151 South Stratler Street**
**Ogden, UT 84401**

Date(s) debt was incurred  March 2018

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Catering linens

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.57 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,285.00 |
|---|---|---|---|

**Spectrum Engineers**
**1501 Fountain Head Pkwy**
**Suite 300**
**Tempe, AZ 85282**

Date(s) debt was incurred  Sept 2017-March 2018

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  New store design/architecture

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.58 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $234.26 |
|---|---|---|---|

**Stone Ground Bakery, Inc.**
**P.O. Box 581078**
**Salt Lake City, UT 84158**

Date(s) debt was incurred  March 2019

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Bread vendor

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.59 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $44,024.53 |
|---|---|---|---|

**Strategic Technology**
**1103 S. Orem Blvd.**
**Orem, UT 84058**

Date(s) debt was incurred  June 2018-Jan 2019

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  IT services

Is the claim subject to offset? ■ No ☐ Yes

| 3.60 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$180.00** |
|---|---|---|---|
| | **Sunshine Biz Services**<br>**5379 Lyons Rd 452**<br>**Pompano Beach, FL 33073** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred **May-June 2018** | Basis for the claim: **Website hosting** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.61 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$52,612.32** |
|---|---|---|---|
| | **Swire**<br>**PO Box 413121**<br>**Salt Lake City, UT 84141** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred **Feb-March 2019** | Basis for the claim: **beverage syrup vendor** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.62 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$380,498.82** |
|---|---|---|---|
| | **Sysco Intermountain Inc.**<br>**9494 South Prosperity Rd.**<br>**West Jordan, UT 84081** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred **March 2018-Feb 2019** | Basis for the claim: **Food vendor** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.63 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$316.28** |
|---|---|---|---|
| | **Thermo Works**<br>**741 E. Utah Valley Dr**<br>**American Fork, UT 84003** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred **Jan 2018** | Basis for the claim: **smallwares** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.64 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$114.20** |
|---|---|---|---|
| | **Travelers Insurance**<br>**Dept 96596**<br>**PO Box 660333**<br>**Dallas, TX 75266-0333** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred **Nov 2017** | Basis for the claim: **insurance** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.65 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,377.15** |
|---|---|---|---|
| | **triARC Architecture & Design**<br>**1934 E Camelback Rd, Suite 200**<br>**Phoenix, AZ 85016** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred **Aug 2017-May 2018** | Basis for the claim: **New store design/architecture** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.66 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$455.00** |
|---|---|---|---|
| | **UCHD**<br>**151 S University Ave, Suite 2600**<br>**Provo, UT 84601** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred **Dec 2017** | Basis for the claim: **health permit** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.67 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $448.12 |
|---|---|---|---|

**3.67** Nonpriority creditor's name and mailing address
USBC Venture, LLC
222 SW Columbia St, Ste 700
Portland, OR 97201

Date(s) debt was incurred  **Jan-March 2019**
Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Rent**

Is the claim subject to offset? ■ No  ☐ Yes

**$448.12**

---

**3.68** Nonpriority creditor's name and mailing address
Utah Dept. of Alcoholic Bev. Control
1625 South 900 West
Salt Lake City, UT 84104

Date(s) debt was incurred  **March 2019**
Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **alcohol vendor**

Is the claim subject to offset? ■ No  ☐ Yes

**$783.02**

---

**3.69** Nonpriority creditor's name and mailing address
Utah Dept. of Alcoholic Bev. Control
1625 South 900 West
Salt Lake City, UT 84104

Date(s) debt was incurred  **3/2019**
Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **licensing fees**

Is the claim subject to offset? ■ No  ☐ Yes

**$442.29**

---

**3.70** Nonpriority creditor's name and mailing address
Utah Valley Chamber of Commerce
111 So. University Avenue
Provo, UT 84601

Date(s) debt was incurred  **May 2018**
Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Marketing**

Is the claim subject to offset? ■ No  ☐ Yes

**$499.00**

---

**3.71** Nonpriority creditor's name and mailing address
Wasatch Distributing
P.O. Box 1492
Ogden, UT 84402

Date(s) debt was incurred  **Feb-March 2018**
Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **alcohol distributing**

Is the claim subject to offset? ■ No  ☐ Yes

**$113.70**

---

**3.72** Nonpriority creditor's name and mailing address
Zion Canyon Brewing Co.
2400 Zion Park Blvd.
PO Box 420
Springdale, UT 84767

Date(s) debt was incurred  **Jan 2018-March 2019**
Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **alcohol vendor**

Is the claim subject to offset? ■ No  ☐ Yes

**$1,528.00**

---

| Part 3: | List Others to Be Notified About Unsecured Claims |
|---|---|

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

**5. Add the amounts of priority and nonpriority unsecured claims.**

Total of claim amounts

| Debtor | **Even Stevens Utah, LLC** | | Case number (if known) | **2:19-bk-03237** |
|---|---|---|---|---|
| | Name | | | |

| | | | | |
|---|---|---|---|---|
| **5a. Total claims from Part 1** | | 5a. | $ | 496,991.26 |
| **5b. Total claims from Part 2** | | 5b. + | $ | 5,363,479.39 |
| | | | | |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | | 5c. | $ | 5,860,470.65 |

Official Form 206 E/F    **Schedule E/F: Creditors Who Have Unsecured Claims**    **Page 44 of 44**

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Case 2:19-bk-03237-DPC  Doc 14  Filed 04/11/19  Entered 04/11/19 18:06:44  Desc
Main Document   Page 57 of 76

Fill in this information to identify the case:

Debtor name    **Even Stevens Utah, LLC**

United States Bankruptcy Court for the:    DISTRICT OF ARIZONA

Case number (if known)    **2:19-bk-03237**

☐ Check if this is an
amended filing

# Official Form 206G
# Schedule G: Executory Contracts and Unexpired Leases          12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.    **Does the debtor have any executory contracts or unexpired leases?**
☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
☑ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal*    *Property*
(Official Form 206A/B).

| **2. List all contracts and unexpired leases** | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|
| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | **Lease of real property located at 22144 Washington Blvd., Ogden, UT for operation of an "Even Stevens Sandwiches" restaurant.** | |
| | State the term remaining | **expires Dec. 31, 2025** | |
| | List the contract number of any government contract | | **2214 Washington, LLC**<br>**2444 Washington Blvd.**<br>**Ogden, UT 84401** |
| 2.2. | State what the contract or lease is for and the nature of the debtor's interest | **Lease of real property located at 1346 E. Fort Union Blvd. Cottonwood Heights, UT 84121 for operation of an "Even Stevens Sandwiches" restaurant.** | |
| | State the term remaining | **expires October 31, 2026** | |
| | List the contract number of any government contract | **n/a** | **BS Property LLC**<br>**1535 Wasatch Drive**<br>**Salt Lake City, UT 84108** |
| 2.3. | State what the contract or lease is for and the nature of the debtor's interest | **Lease of real property located at 471 E. St. George Blvd., St. George UT for operation of an "Even Stevens Sandwiches" restaurant.** | |
| | State the term remaining | **expires April 2025** | |
| | List the contract number of any government contract | | **Canyonlands Apartments** |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Case 2:19-bk-03237-DPC    Doc 14    Filed 04/11/19    Entered 04/11/19 18:06:44    Desc
Main Document    Page 58 of 76



## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.4.** State what the contract or lease is for and the nature of the debtor's interest — **Lease of real property located at 541 East 12300 South, Draper, UT for operation of an "Even Stevens Sandwiches" restaurant.** | |
| State the term remaining — **expires April 1, 2025** | **Day Dairy Village Shoppes Holdings LLC**<br>**595 South Riverwoods Parkway**<br>**Logan, UT 84321** |
| List the contract number of any government contract | |
| **2.5.** State what the contract or lease is for and the nature of the debtor's interest — **Lease of real property located at 414 East 200 South, Salt Lake City, Utah 84111 for operation of an "Even Stevens Sandwiches" restaurant.** | |
| State the term remaining — **??** | **Fourth East Properties, LLC**<br>**1831 Connor St.**<br>**Salt Lake City, UT 84108** |
| List the contract number of any government contract | |
| **2.6.** State what the contract or lease is for and the nature of the debtor's interest — **Lease of real property located at 131 North Main, Logan, UT for operation of an "Even Stevens Sandwiches" restaurant.** | |
| State the term remaining — **expires October 2025** | **RBF Properties, LC**<br>**Attn: Mark Fjeldsted**<br>**129 N. Main st.**<br>**Logan, UT 84321** |
| List the contract number of any government contract | |
| **2.7.** State what the contract or lease is for and the nature of the debtor's interest — **Lease of real property located at 1280 N. University Ave., Provo UT, 84604 for operation of an "Even Stevens Sandwiches" restaurant.** | |
| State the term remaining — **expires May 2026** | **Skyline JSY, LLC**<br>**Attn: Jeung Yoo**<br>**1906 N. Skyline Drive.**<br>**Orem, UT 84097** |
| List the contract number of any government contract | |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

Debtor name     **Even Stevens Utah, LLC**

United States Bankruptcy Court for the:     DISTRICT OF ARIZONA

Case number (if known)     **2:19-bk-03237**

☐ Check if this is an
    amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1  **Steve Down** | **994 E. New Hope Dr.** **Draper, UT 84020** | **GTR Source LLC** | ■ D   **2.1** ☐ E/F _____ ☐ G _____ |
| 2.2  **The Falls Event Center** | **9067 S 1300 W Suite 301** **West Jordan, UT 84088** | **GTR Source LLC** | ■ D   **2.1** ☐ E/F _____ ☐ G _____ |
| 2.3  **Even Stevens Sandwiches** | **2030 S. 900 E. Suite A** **Salt Lake City, UT 84105** | **Day Dairy Village Shoppes Holdings LLC** | ☐ D _____ ☐ E/F _____ ■ G   **2.4** |
| 2.4  **Even Stevens Sandwiches** | **2030 S. 900 E. Suite A** **Salt Lake City, UT 84105** | **Skyline JSY, LLC** | ☐ D _____ ☐ E/F _____ ■ G   **2.7** |
| 2.5  **Even Stevens Sandwiches, LLC** | **2030 S. 900 E. Suite A** **Salt Lake City, UT 84105** | **2214 Washington, LLC** | ☐ D _____ ☐ E/F _____ ■ G   **2.1** |

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.6 | **Steve Down** 994 E. New Hope Dr. Draper, UT 84020 | **Day Dairy Village Shoppes Holdings LLC** | ☐ D _____ ☐ E/F _____ ■ G   **2.4** |
| 2.7 | **Steve Down** 994 E. New Hope Dr. Draper, UT 84020 | **Skyline JSY, LLC** | ☐ D _____ ☐ E/F _____ ■ G   **2.7** |
| 2.8 | **Steve Down** 994 E. New Hope Dr. Draper, UT 84020 | **RBF Properties, LC** | ☐ D _____ ☐ E/F _____ ■ G   **2.6** |
| 2.9 | **Steve Down** 994 E. New Hope Dr. Draper, UT 84020 | **BS Property LLC** | ☐ D _____ ☐ E/F _____ ■ G   **2.2** |
| 2.10 | **Steve Down** 994 E. New Hope Dr. Draper, UT 84020 | **Fourth East Properties, LLC** | ☐ D _____ ☐ E/F _____ ■ G   **2.5** |
| 2.11 | **Steve Down** 994 E. New Hope Dr. Draper, UT 84020 | **2214 Washington, LLC** | ☐ D _____ ☐ E/F _____ ■ G   **2.1** |

Fill in this information to identify the case:

Debtor name  **Even Stevens Utah, LLC**

United States Bankruptcy Court for the:  DISTRICT OF ARIZONA

Case number (if known)  **2:19-bk-03237**

☐ Check if this is an
amended filing

# Official Form 207

## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy   04/16

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

**Part 1:    Income**

1.  **Gross revenue from business**

☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From  **1/01/2019** to **Filing Date** | ☑ Operating a business<br>☐ Other _____ | **$1,532,845.17** |
| **For prior year:**<br>From  **1/01/2018** to **12/31/2018** | ☑ Operating a business<br>☐ Other _____ | **$9,099,217.04** |
| **For year before that:**<br>From  **1/01/2017** to **12/31/2017** | ☑ Operating a business<br>☐ Other _____ | **$8,369,592.00** |

2.  **Non-business revenue**
Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☑ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|

**Part 2:    List Certain Transfers Made Before Filing for Bankruptcy**

3.  **Certain payments or transfers to creditors within 90 days before filing this case**
List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com
Best Case Bankruptcy

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.1.   **Diversified Insurance Group**<br>**136 E. South Temple St., Suite 2300**<br>**Salt Lake City, UT 84111** | 12/31/2018,<br>1/15/2019 | $30,347.63 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☑ Services<br>☐ Other___ |
| 3.2.   **Chrysler Capital**<br>**Bankrputcy Department**<br>**5201 Rufe Snow Drive, Suite 400**<br>**North Richland Hills, TX 76180** | 12/27/2018,<br>1/13/2019,<br>1/25/2019,<br>2/11/2019,<br>2/14/2019,<br>2/26/219,<br>2/27/2019,<br>3/11/2019,<br>3/14/2019,<br>3/25/2019 | $10,587.63 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☑ Other  **Delivery vans titled in**<br>**the name of Even Stevens**<br>**Sandwiches, LLC, but used by**<br>**and paid for by Debtor** |
| 3.3.   **Strategic Technology**<br>**1103 S. Orem Blvd.**<br>**Orem, UT 84058** | 12/24/2018,<br>1/2/2019,<br>1/7/2019,<br>2/4/2019 | $10,677.50 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☑ Services<br>☐ Other___ |
| 3.4.   **2214 Washington, LLC**<br>**2444 Washington Blvd.**<br>**Ogden, UT 84401** | 12/24/2018,<br>1/16/2019,<br>3/15/2019 | $12,624.88 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☑ Other  **Rent** |
| 3.5.   **Stone Ground Bakery, Inc.**<br>**P.O. Box 581078**<br>**Salt Lake City, UT 84158** | On a weekly<br>basis | $12,687.17 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.6.   **Skyline JSY, LLC**<br>**Attn: Jeung Yoo**<br>**1906 N. Skyline Drive.**<br>**Orem, UT 84097** | 1/29/2019,<br>2/28/2019 | $14,072.97 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☑ Other  **Rent** |
| 3.7.   **RBF Properties, LC**<br>**Attn: Mark Fjeldsted**<br>**129 N. Main st.**<br>**Logan, UT 84321** | 12/31/2018,<br>3/15/2019 | $16,037.04 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☑ Other  **rent** |
| 3.8.   **Provident Hospitality Group, LLC**<br>**4890 Alpha Rd. ,Suite 200**<br>**Dallas, TX 75244** | 1/1/2019,<br>2/4/2019,<br>3/1/3019 | $17,700.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☑ Services<br>☐ Other___ |

Case 2:19-bk-03237-DPC    Doc 14    Filed 04/11/19    Entered 04/11/19 18:06:44    Desc
Main Document     Page 63 of 76

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.9.  **Fourth East Properties, LLC**<br>**1831 Connor St.**<br>**Salt Lake City, UT 84108** | **12/28/2018,**<br>**1/15/2019,**<br>**3/8/2019,**<br>**3/15/2019** | **$18,846.72** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☑ Other **rent** |
| 3.10.  **Rocky Mountain Power**<br>**1407 W. North Temple**<br>**Salt Lake City, UT 84116** | **12/24/2018,**<br>**1/2/2019,**<br>**1/7/2019,**<br>**1/22/2019,**<br>**1/25/2019,**<br>**1/30/2019,**<br>**2/4/2019,**<br>**2/11/2019,**<br>**2/20/2019,**<br>**2/27/2019,**<br>**3/4/2019,**<br>**3/7/2019** | **$19,217.58** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☑ Services<br>☐ Other___ |
| 3.11.  **Day Dairy Village Shoppes Holdings LLC**<br>**595 South Riverwoods Parkway**<br>**Logan, UT 84321** | **1/15/2019,**<br>**3/15/2019** | **$26,159.60** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☑ Other **rent** |
| 3.12.  **Canyonlands Apartments, LLC**<br>**251 E. Adam Ln.**<br>**Washington, UT 84780** | | **$34,536.06** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☑ Other **rent** |
| 3.13.  **Standard Restaurant Supply**<br>**879 S 4400 W**<br>**Salt Lake City, UT 84104** | **12/18/2018,**<br>**1/15/2019,**<br>**1/28/2019,**<br>**2/8/2019,**<br>**2/13/2019,**<br>**2/18/2019,**<br>**2/19/2019,**<br>**2/21/2019,**<br>**2/27/2019,**<br>**3/12/2019,**<br>**3/13/2019,**<br>**3/15/2019** | **$36,486.86** | ☑ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.14.  **BS Property LLC**<br>**1535 Wasatch Drive**<br>**Salt Lake City, UT 84108** | **1/15/2019,**<br>**3/8/2019,**<br>**3/13/2019** | **$39,135.70** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☑ Other **rent** |
| 3.15.  **Toast** | **1/7/2019,**<br>**1/8/2019,**<br>**2/7/2019,**<br>**2/8/2019,**<br>**2/11/2019,**<br>**3/4/2019,**<br>**3/5/2019,**<br>**3/7/2019** | **$58,525.65** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☑ Services<br>☐ Other___ |

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
| --- | --- | --- | --- |
| 3.16. **United Healthcare** **PO Box 94017** **Palatine, IL 60094** | **12/26/2019,** **2/28/2019** | **$79,632.08** | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ☑ Other_ health insurance _ |
| 3.17. **Utah Tax Commission** **210 N. 1950 West** **Attn: Bankruptcy Unit** **Salt Lake City, UT 84134** | **12/28/2018** | **$82,909.98** | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ☑ Other___ |
| 3.18. **Sysco Intermountain Inc.** **9494 South Prosperity Rd.** **West Jordan, UT 84081** | **several times** **per week** | **$774,255.23** | ☐ Secured debt ☐ Unsecured loan repayments ☑ Suppliers or vendors ☐ Services ☐ Other___ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
| --- | --- | --- | --- |
| 4.1. **ESBE Strategic Partner, Inc.** **2198 Country Cove Court** **Las Vegas, NV 89135** **owned by manager of Even Stevens Sandwiches, LLC** | **monthly** **since July** **2018** | **$90,000.00** | **Consulting/management services** |

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☑ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
| --- | --- | --- | --- |

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
| --- | --- | --- | --- |

**Part 3:** Legal Actions or Assignments

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☑ None.

| Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|

**8. Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

**Part 4:    Certain Gifts and Charitable Contributions**

**9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☐ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

Even Stevens restaurants engaged in a "Buy One, Give One" program whereby its food vendor (Sysco) would set up accounts for various charities and, based on the food purchases of Debtor, would put certain funds in an account for those charities to spend on food purchases.  Debtor would then be billed for the funds assigned to the charity's account.  Debtor does not have an accurate accounting of the total funds that were given to charities through their "buy one, give one" program.

**Part 5:    Certain Losses**

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

☑ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received. List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

**Part 6:    Certain Payments or Transfers**

**11. Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☑ None.

| Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|

**12. Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☑ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13. Transfers not already listed on this statement**

List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☑ None.

| Who received transfer?<br>Address | Description of property transferred or<br>payments received or debts paid in exchange | Date transfer<br>was made | Total amount or<br>value |
| --- | --- | --- | --- |

## Part 7: Previous Locations

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☑ Does not apply

| Address | | Dates of occupancy<br>From-To |
| --- | --- | --- |

## Part 8: Health Care Bankruptcies

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services<br>the debtor provides | If  debtor provides meals<br>and housing, number of<br>patients in debtor's care |
| --- | --- | --- |

## Part 9: Personally Identifiable Information

**16. Does the debtor collect and retain personally identifiable information of customers?**

☑ No.
☐ Yes. State the nature of the information collected and retained.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☑ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

## Part 10: Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| | Financial Institution name and<br>Address | Last 4 digits of<br>account number | Type of account or<br>instrument | Date account was<br>closed, sold,<br>moved, or<br>transferred | Last balance<br>before closing or<br>transfer |
| --- | --- | --- | --- | --- | --- |
| 18.1. | **Wells Fargo Bank**<br>**PO Box 6995**<br>**Portland, OR 97228-6995** | **XXXX-5827** | ☑ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | **February 2019** | **$0.00** |

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.2. | **Wells Fargo Bank**<br>**PO Box 6995**<br>**Portland, OR 97228-6995** | **XXXX-7033** | ☐ Checking<br>☑ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | **October 2018** | **$0.00** |

19. **Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| Depository institution name and address | Names of anyone with access to it<br>Address | Description of the contents | Do you still have it? |
|---|---|---|---|

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☐ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|
| **21st South Storage**<br>**980 W 2100 S**<br>**Salt Lake City, UT 84119** | **Even Stevens Sandwiches, LLC management, 2030 S 900 E. Suite A, SLC, Utah, 841105** | **Two units: (1) contains old business/office records and supplies and (2) contains left overs from construction and other equipment furniture from various Even Stevens locations.** | ☐ No<br>☑ Yes |

**Part 11:** Property the Debtor Holds or Controls That the Debtor Does Not Own

21. **Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☑ None

**Part 12:** Details About Environment Information

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

☑ No.
☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and<br>address | Nature of the case | Status of case |
|---|---|---|---|

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and<br>address | Environmental law, if known | Date of notice |
|---|---|---|---|

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and<br>address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:   Details About the Debtor's Business or Connections to Any Business**

**25. Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case.
Include this information even if already listed in the Schedules.

☑ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|

**26. Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26a.1.   **Nathan Larsen**<br>**9914 S. Tameron Dr.**<br>**Sandy, UT 84092** | **7/1/2018-current** |
| 26a.2.   **Star Waddell**<br>**1475 Sandpiper Way Apt. 343**<br>**Holladay, UT 84177** | **8/24/2018-current** |
| 26a.3.   **Megan Coleman**<br>**5190 N. Locust Grove Rd.**<br>**Meridian, ID 83646** | **10/2016-6/2018** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26b.1.   **Red2Black Accounting & Tax**<br>**8180 S 700 E Suite 110**<br>**Sandy, UT 84070** | **1/2014-10/2017** |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1. | **Provident Hospitality Group (Caprock)**<br>**4890 Alpha Rd. Suite 200**<br>**Dallas, TX 75244** | |
| 26c.2. | **Nathan Larsen**<br>**9914 S. Tameron Dr.**<br>**Sandy, UT 84092** | |
| 26c.3. | **Star Waddell**<br>**1475 Sandpiper Way Apt 343**<br>**Holladay, UT 84177** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address | |
|---|---|
| 26d.1. | **Diversified Insurance Group**<br>**136 E. S. Temple #2300**<br>**Salt Lake City, UT 84111** |
| 26d.2. | **Skyline JSY, LLC**<br>**1906 North Skyline Dr**<br>**Orem, UT 84097** |

Debtor also issues regular financial updates to investors. Last, prior to July 2018, different management was operating Debtor and current management believes that those managers may have issued additional financial statements to other parties for whom current management does not have any record.

27. **Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

Debtor does not conduct a regular inventory of fixed assets, like furnishings and equipment. Debtor does conduct a monthly inventory of food products at the end of every month.

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Even Stevens Sandwiches, LLC** | **2030 S. 900 E, Suite A**<br>**Salt Lake City, UT 84105** | **managing member** | **100** |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☑ No
☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

Case 2:19-bk-03237-DPC    Doc 14    Filed 04/11/19    Entered 04/11/19 18:06:44    Desc
Main Document     Page 70 of 76

☑ No
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
| --- | --- | --- | --- |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☐ No
☑ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
| --- | --- |
| **Even Stevens Sandwiches, LLC** | EIN:   **90-1024682** |

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the parent corporation |
| --- | --- |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy

---

**Part 14:** Signature and Declaration

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **April 11, 2019**

**/s/ Brooks Pickering**             **Brooks Pickering**
Signature of individual signing on behalf of the debtor      Printed name

Position or relationship to debtor    **Manager**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☑ No
☐ Yes

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

# United States Bankruptcy Court
## District of Arizona

In re    **Even Stevens Utah, LLC**              Case No.    **2:19-bk-03237**

                                   Debtor(s)          Chapter    **11**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.   Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

      For legal services, I have agreed to accept ...........................................................    $           **0.00**

      Prior to the filing of this statement I have received ............................................    $           **0.00**

      Balance Due ...........................................................................................................    $           **0.00**

2.   The source of the compensation paid to me was:

      ■ Debtor     ☐ Other (specify):

3.   The source of compensation to be paid to me is:

      ■ Debtor     ☐ Other (specify):

4.   ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

      ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the people sharing in the compensation is attached.

5.   In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

      a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
      b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
      c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
      d. [Other provisions as needed]

           **In return for the above disclosed fee, I have agreed to render legal services for all aspects of the bankruptcy case, Including:**

           **Analysis of the Debtor's financial situation, and rendering advice to the Debtor in determining whether to file a petition in bankruptcy; Preparation and filing of any petition, schedules, statement of affairs and plan which may be required; Representation of the Debtor at the Meeting of Creditors and at a Confirmation     Hearing, and any adjourned hearings thereof;**

           **[Other provisions as needed]**
           **Exemption planning; review and advice regarding secured creditor claims, client     assisting firm in preparation of schedules and statements of financial affairs,     preparation of client for meeting of creditors. Attorney may be the attorney of     record for another attorney as scheduling permits), analysis and discussing     options to execute reaffirmations vs. retaining collateral with payments (if Chapter 7 case).**

           **(APPLICABLE IN CHAPTER 13 CASES ONLY): ADDITIONAL MATTERS IN CHAPTER 13 INCLUDE: PREPARATION OF THE CHAPTER 13 PLAN AND BUDGET, ANALYSIS OF SECURED CLAIMS AND COLLATERAL FOR PURPOSES OF CHAPTER 13 CRAM-DOWNS, NEGOTIATIONS WITH SECURED AND PRIORITY CREDITORS, PREPATION AND SUBMISSION OF CONFIRMATION ORDER.**

6.   By agreement with the debtor(s), the above-disclosed fee does not include the following service:
           **By agreement with the Debtor(s), the above disclosed fee does not include the following service:**

           **Presentation of matters, or representation of the Debtor(s) in any dischargeability action, lien avoidance action, relief from stay actions or any other adversary proceedings, other than as indicated above. Preparation of amended plans, amendments to master mailing lists, motions for reinstatement of case, defense of lift stay matters shall require additional fee agreement with counsel. Additional services not otherwise contemplated are billed at an hourly rate of attorneys or professionals as stated in the Attorney-Client Fee Agreement.**

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)
## (Continuation Sheet)

**CERTIFICATION**

    I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| | |
|---|---|
| **April 11, 2019** | **/s/ Pernell W. McGuire** |
| *Date* | **Pernell W. McGuire 015909** |
| | *Signature of Attorney* |
| | **Davis Miles McGuire Gardner, PLLC** |
| | **40 E. Rio Salado Parkway, Suite 425** |
| | **Tempe, AZ 85281** |
| | **(480) 733-6800  Fax: (480) 733-3748** |
| | **azbankruptcy@davismiles.com** |
| | *Name of law firm* |

# United States Bankruptcy Court
## District of Arizona

In re   **Even Stevens Utah, LLC**                         Case No.   **2:19-bk-03237**

Debtor(s)             Chapter   **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
| --- | --- | --- | --- |
| **Even Stevens Sandwiches, LLC**<br>**2030 S. 900 E, Suite A**<br>**Salt Lake City, UT 84105** | **Membership interest** | **n/a** | **100% ownership interest** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Manager** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date   **April 11, 2019**                   Signature  **/s/ Brooks Pickering**

                                                          **Brooks Pickering**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## District of Arizona

In re    __Even Stevens Utah, LLC__

Debtor(s)

Case No.    __2:19-bk-03237__

Chapter    __11__

☐ Check if this is an
Amended/Supplemental Mailing List
(Include only newly added or
changed creditors.)

# MAILING LIST DECLARATION

         I, the Manager of the corporation named as the debtor in this case, do hereby certify, under penalty of perjury, that the Master

Mailing List, consisting of __20__ sheet(s), is complete, correct and consistent with the debtor(s)' Schedules.

Date:    __April 11, 2019__        __/s/ Brooks Pickering__

                                                  **Brooks Pickering/Manager**
                                                  Signer/Title

Date:    __April 11, 2019__        __/s/ Pernell W. McGuire__

                                                  Signature of Attorney
                                                  **Pernell W. McGuire 015909**
                                                  **Davis Miles McGuire Gardner, PLLC**
                                                  **40 E. Rio Salado Parkway, Suite 425**
                                                  **Tempe, AZ 85281**
                                                  **(480) 733-6800   Fax: (480) 733-3748**

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                          Best Case Bankruptcy