Fill in this information to identify the case:

Debtor name: **Even Stevens Utah, LLC**
United States Bankruptcy Court for the: **DISTRICT OF ARIZONA**
Case number (if known): **2:19-bk-03237**

■ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **Cintas Corporation**<br>800 Cintas Boulevard, PO Box 625737<br>Cincinnati, OH 45262-5737 | | cleaning supplies | | | | $13,420.41 |
| **Copperfield Media**<br>248 South Main Street<br>Salt Lake City, UT 84101 | | Marketing | | | | $5,000.00 |
| **Cravings Gourmet Bakery & Cafe**<br>2300 Santa Clara Drive<br>Santa Clara, UT 84765 | | Bakery vendor | | | | $23,365.80 |
| **Design Blue**<br>947 SW Broadway<br>Portland, OR 97205 | | design for new stores | | | | $5,359.15 |
| **DocuMart**<br>1615 W 2200 S, STE C<br>Salt Lake City, UT 84119 | | Marketing print materials | | | | $20,074.60 |
| **Dominion Energy**<br>PO Box 45360<br>Salt Lake City, UT 84145 | | Utility Services | | | | $5,616.85 |
| **DRMH, LLC**<br>PO Box 65727<br>Salt Lake City, UT 84165 | | unpaid rent | | | | $12,075.00 |
| **Fourth East Properties, LLC**<br>1831 Connor St.<br>Salt Lake City, UT 84108 | | Rent | | | | $5,632.80 |

| Debtor | Even Stevens Utah, LLC | | Case number (if known) | 2:19-bk-03237 |
|---|---|---|---|---|
| | Name | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Internal Revenue Service Bankruptcy and Collection Enforcement**<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | | **941 liability** | | | | $253,325.43 |
| **La Barba Coffee**<br>3340 S 300 W<br>Salt Lake City, UT 84115 | | **Coffee vendor** | | | | $11,642.05 |
| **Mason Lands, LLC**<br>1831 Connor St.<br>Salt Lake City, UT 84108 | | **Rent** | | | | $4,143.95 |
| **Renegade Oil**<br>1141 S 3200 W<br>Salt Lake City, UT 84104 | | **Grease trap cleaning service** | | | | $9,115.00 |
| **Skyline JSY, LLC**<br>1906 North Skyline Dr<br>Orem, UT 84097 | | **Rent** | | | | $7,799.67 |
| **Strategic Technology**<br>1103 S. Orem Blvd.<br>Orem, UT 84058 | | **IT services** | | | | $44,024.53 |
| **Swire**<br>PO Box 413121<br>Salt Lake City, UT 84141 | | **beverage syrup vendor** | | | | $52,612.32 |
| **Sysco Intermountain Inc.**<br>9494 South Prosperity Rd.<br>West Jordan, UT 84081 | | **Food vendor** | | | | $380,498.82 |
| **Utah Tax Commission**<br>210 N. 1950 West<br>Attn: Bankruptcy Unit<br>Salt Lake City, UT 84134 | | **Sales tax** | | | | $109,151.05 |
| **Utah Tax Commission**<br>210 N. 1950 West<br>Attn: Bankruptcy Unit<br>Salt Lake City, UT 84134 | | **withholding taxes** | | | | $43,003.21 |

| Debtor | Even Stevens Utah, LLC | Case number (if known) | 2:19-bk-03237 |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Utah Tax Commission**<br>**210 N. 1950 West**<br>**Attn:  Bankruptcy Unit**<br>**Salt Lake City, UT 84134** | | **Restaurant tax** | | | | $20,057.81 |
| **Washington County Treasurer**<br>**197 E Tabernacle**<br>**Saint George, UT 84770** | | taxes | | | | $12,677.90 |