Benjamin W. Reeves (#025708)
Emily Gildar Wagner (#028811)
**SNELL & WILMER L.L.P.**
One Arizona Center
400 E. Van Buren
Phoenix, AZ 85004-2202
Telephone: (602) 382-6000
Facsimile: (602) 382-6070
E-mail: breeves@swlaw.com
ewagner@swlaw.com
Attorneys for the Official Committee of Unsecured Creditors

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In Re:<br><br>EVEN STEVENS UTAH, LLC, *et al.*,<br><br>Debtors. | Proceedings Under Chapter 11<br><br>Case No. 2:19-bk-03237-DPC<br><br>(Jointly Administered) |
| This Filing Applies to:<br><br>☐ All Debtors<br>☒ Specified Debtors:<br>    Even Stevens Utah, LLC | **NOTICE OF APPEARANCE** |

The Official Committee of Unsecured Creditors, by and through its undersigned counsel:

> Benjamin W. Reeves
> Emily Gildar Wagner
> SNELL & WILMER L.L.P.
> One Arizona Center
> 400 E. Van Buren St., Ste. 1900
> Phoenix, AZ 85004-2202
> Telephone: 602.382.6000
> Facsimile: 602.382.6070
> E-Mail: breeves@swlaw.com
> ewagner@swlaw.com

hereby formally appears and requests that all notices, demand for notices, and copies of any and all filings and/or hearings in the above-captioned proceeding be provided to Snell & Wilmer L.L.P. at the address listed above; that this request shall remain a continuing request; and that Snell & Wilmer L.L.P. be added to the master mailing matrix.

DATED this 10th day of September, 2019.

SNELL & WILMER L.L.P.


By /s/ *Emily Gildar Wagner*
Benjamin W. Reeves
Emily Gildar Wagner
One Arizona Center
400 E. Van Buren
Phoenix, AZ 85004-2202
Attorneys for the Official Committee of Unsecured Creditors

COPY of the foregoing e-mailed
this 10th day of September, 2019, to:

Pernell W. McGuire
Davis Miles McGuire Gardner PLLC
40 E. Rio Salado Pkwy, #425
Tempe, AZ 85281
pmcguire@davismiles.com
*Attorneys for Debtors*


/s/ *Paula Shanahan*

4814-7759-5557